UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANNON W. RECTOR, | No.  2:14-cv-1019 GEB DAD PS |
| Plaintiff, | |
| v. | ORDER |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendant. | |

This action was removed from the Amador County Superior Court on April 25, 2014. Plaintiff is proceeding pro se and, therefore, this matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On May 2, 2014, defendant filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, but incorrectly noticed that motion for hearing before the assigned District Judge.  (Dkt. No. 5.)  On May 5, 2014, defendant re-noticed its motion to dismiss for hearing before the undersigned on June 6, 2014.  (Dkt. No. 7.)

On May 23, 2014, however, plaintiff filed an amended complaint.  (Dkt. No. 9.)  Rule 15(a)(1) permits a party to amend its pleading once as a matter of course within 21 days after serving it or 21 days after a responsive pleading or service of a motion under Rule 12.[1]  FED. R.

---

[1] Plaintiff is advised that in all other instances, "a party may amend its pleading only with the opposing party's written consent or the court's leave."  FED. R. CIV. P. 15(a)(2).

1

Civ. P. 15(a)(1). Plaintiff's filing of an amended complaint has rendered defendant's motion to dismiss the original complaint moot.

On May 23, 2014, plaintiff also filed a motion for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure. Plaintiff, however, did not notice his motion for hearing in violation of Local Rule 230(b).[2] Accordingly, plaintiff's motion for sanctions will be denied without prejudice.

## CONCLUSION

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Defendant's May 2, 2014 motion to dismiss, (Dkt. No. 5), re-noticed for hearing on May 5, 2014, (Dkt. No. 7) is denied without prejudice as having been rendered moot;

2. The June 6, 2014 hearing of defendant's motion to dismiss is vacated;

3. Defendant shall file a response to plaintiff's amended complaint within fourteen days of the date of this order; and

4. Plaintiff's May 23, 2014 motion for sanctions (Dkt. No. 10) is denied without prejudice.

Dated: May 29, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\rector1019.am.compl.ord.docx

---

[2] Plaintiff is advised that Rule 11 contains a safe harbor provision that requires that "'[t]he party seeking sanctions must serve the Rule 11 motion on the opposing party at least twenty-one days before filing the motion with the district court, and sanctions may be sought only if the challenged pleading is not withdrawn or corrected within twenty-one days after service of the motion.'" Gottschalk v. City and County of San Francisco, 964 F.Supp.2d 1147, 1168 (N.D. Cal. 2013) (quoting Brickwood Contractors, Inc. v. Datanet Eng'g, Inc., 369 F.3d 385, 389 (4th Cir. 2004)).