



1  Channon W. Rector
2  Nine Six Two Two
   Iris Meadow Way
3  Elk Grove, California

4        **UNITED STATES DISTRICT COURT**
5     **EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO**

6
7  CHANNON W. RECTOR                    CASE NO: 2:14:cv-01019-GEB-DAD

8         Plaintiff,                    **SECOND AMENDED COMPLAINT**
                                        **PURSUANT TO RULE 15(a)**
9  V.

10 CAPTIAL ONE AUTO FINANCE, A
11 DIVISION OF CAPTIAL ONE, N.A.,

12        Defendant(s),

13

14
                    **SECOND AMENDED COMPLAINT**
15
   **COMES NOW,** Channon W. Rector (herein known as Plaintiff) a live born male national
16
   residing in the Land known as California and Agent for the CHANNON WOODROW RECTOR
17
18 ESTATE, here to file his Second Amended Complaint pursuant to Federal Rule 15(a) (B) against

19 CAPTIAL ONE AUTO FINANCE, A DIVISION OF CAPTIAL ONE, N.A. (herein known as

20 Defendants or Defendant).  This is an action to gain title to property brought by an individual

21 consumer appearing specially before this honorable Court, without conferring, waiving,

22
   otherwise granting any jus, to report and serve this complaint, against Defendant under
23
24 Recoupment pursuant to UCC 3-306.

25

26

27
                              1
28
   _____

                    **SECOND AMENDED COMPLAINT**

## JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331.

2. Venue is proper in this District pursuant to 28 U.S.C. §1391.

## PARTIES

3. Plaintiff, CHANNON W. RECTOR, is an adult individual residing in Elk Grove, California and Agent for the CHANNON WOODROW RECTOR ESTATE. Property disputed in this complaint is property of the CHANNON WOODROW REC TOR ESTATE.

4. Defendant or Defendants, CAPITAL ONE AUTO FINANCE, is a California corporation with a principal place of business at PO BOX 60511 CITY OF INDUSTRY, CA 91716-0511.

## JURY TRIAL DEMAND

5. Plaintiff demands trial by jury on all issues so triable.

## STATEMENT OF FACTS

6. Plaintiff brings his claim in setting forth a demand arising under UCC 3- 305 and 306 and on the basis that Defendants are in gross default and dishonor or sworn and notarized affidavits served by the CHANNON WOODROW RECTR ESTATE. [EXHIBITS A through K]

7. Plaintiff is entitled to abate or reduce claims made by Defendant.

2

**SECOND AMENDED COMPLAINT**

8. Plaintiff IS entitled to the means used to determine the proper liability on the amounts Plaintiff is claimed to owe Defendants..

9. Recoupment is in the nature of a defense arising out of some feature of the transaction upon which the plaintiff's action is grounded. Plaintiff's primary allegation is that any document authenticated by him is known as a security; the term *security* is usually applied to a deposit, lien, or mortgage voluntarily given by a debtor to a creditor to guaranteepayment of a debt. Security furnishes the creditor with a resource to be sold or possessed in case of the debtor's failure to mee this or her financial obligation. In addition, a person who becomes a surety for another is sometimes referred to as a "security."West's Encyclopedia of American Law, edition 2. Copyright 2008 The Gale Group, Inc.

10. Recoupment, is a creditor's right long recognized in bankruptcy proceedings.

11. Plaintiff has initiated due process pursuant to the 14th amendment of the constitution of the united States in support of his claim to recoupment.

12. The 1972 United States District Court San Diego in *Adams v Egley* has held that "since defendants acted pursuant to Sections 9503 and 9504 of the California Commercial Code, which have been shown to violate the due process clause of the Fourteenth Amendment, the repossessions must be held illegal".

13. Plaintiff entered into a contract that he knew to be a security due to "evidence of indebtedness" pursuant to Securities Exchange Act (2)(a)(1).

3

**SECOND AMENDED COMPLAINT**

14. Plaintiff contracted with a Mazda of Elk Grove however Defendant makes a claim of indebtedness but did not sign or acknowledge the contract in dispute pursuant to UCC 2-201.

15. Plaintiff is unlawfully being subjected to a Statute of Frauds contract pursuant to UCC 2-201.

16. Plaintiff specifically denies the validity of Defendant's signature under UCC 3-308 as it relates to the above UCC 2-201.

17. Such a contract is subject to UCC Section 2-302 and without a valid signature is clearly unconscionable.

18. Plaintiff pleads the following in support of his right to due process, his claim to title, and Injunctive Relief and his substantial defense under Recoupment.

### CLAIMS OF ASSIGNEMENT BY DEFENDANT

19. Defendants claim they are a "lender" under "assignment".

20. Assignment under UCC 2-210 (4) stipulates that a lawful assignment must specifically have the language "all of my rights under the contract" in similar or general terms.

21. Regardless of the fact that the language required in UCC 2-210 (4) is nowhere in the disputed contract, Defendants still have not performed any kind of a proper acknowledgement.

4

**SECOND AMENDED COMPLAINT**

22. Plaintiff in this First Amended Complaint makes his solemn written demand of adequate assurance of due performance from Defendants CAPITAL ON E AUTO FINANCE pursuant to UCC 2-210 (5) and UCC 2-609 (1).

23. Plaintiff believes his performance has been completed due to the nature of an instrument and his capacity as a creditor (See item 32).

24. Plaintiff has made more than a diligent effort in claiming his right to properly have the books balanced through affidavit process.

25. Without a valid assignment Plaintiff is entitled to recoupment.

### *UNCONSCIONABLE CONTRACT*

26. Plaintiff strongly believes that outside of the contract any document produced would be direct evidence of allegations made by Plaintiff that we are dealing with securities and he is entitled to recoupment.

27. This case presents an example of unconscionable nature of Defendant's claims; whereby one party was induced to agree to the contract without a meaningful choice. Situations in which this result is usually found include cases in which there are oppressive clauses hidden in boilerplate or high pressure sales tactics applied against uneducated or illiterate consumers, and where there is neither bargain nor negotiation in regards to the instrument and Plaintiffs capacity as a creditor (See item 32).

**SECOND AMENDED COMPLAINT**

***REVOCATION OF SIGNATURE***

28. Plaintiff can prove that because the contract is, was or will be a security and that

without meaningful choice or consideration Plaintiff has every right to revoke all

signatures for good cause, and "Without Recourse to Me" pursuant to UCC 3-501.

29. Plaintiff can prove that he has revoked signatures and served such documents to

Defendant's Counsel and was entitled to do so pursuant to UCC 3-308. [SEE

EXHIBIT

I]

30. Plaintiff's revocation of signature is clear evidence of is entitlement to defense

abetment under Recoupment

***RECOUPMENT and GAAP/ GAAS***

31. The disputed contract between parties is clearly an "instrument" pursuant to UCC

3-305 where Plaintiff has rights under recoupment UCC 3-306.

32. Defendants cannot lawfully lend money or credit pursuant to Article I Section 10

of the organic Constitution and United States Code, Title 12, Section 24,

Paragraph 7 which confers upon a bank the power to lend its money, not its credit

and considering HJR-192 Plaintiff is most certainly entitled to a "balancing of the

books".

33. Defendant's claim vehemently that they lent Plaintiff credit or that he has some

duty compensate Defendant, which would be an unlawful act under the color of

state law because such a prohibition is to ensure the protection of rights of people.

6

**SECOND AMENDED COMPLAINT**

34. Plaintiff has a claim under UCC 3-306 due to the fact that Defendants have not yet proven and are most likely incapable of proving that they are a "holder".

35. The instrument cannot be a debt instrument for the person who is the originator, cause or source of the credit (see item 32).

36. Plaintiff was not provided a receipt for the transaction under UCC Section 3-306 and there cannot be a holder in due course on a promissory note after Defendants have deposited it, Plaintiff is entitled to recoupment.

37. Defendants are be in violation of Title 12 USC 1831 (n)(a) (1) where they are to follow GAAP and GAAS and correctly account to the UNITED STATES OF AMERICA for the fact the Defendants have never lent or sacrificed any money, funds or asset to Plaintiff.

### DISHONOR OF AFFIDAVITS AND QUALIFIED WRITTEN REQUEST

38. The lawful rule of day has long since passed and we have no evidence of our duty to compensate Defendant. [SEE EXHIBITS A-G]

39. An unrebutted affidavit stands as truth in commerce. See 1 Pet. 1:25; Heb. 6:13-15. Legal maxim: "He, who does not deny, admits."

40. An unrebutted affidavit becomes a judgment in commerce. See Heb. 6:16-17. Any proceeding in court, tribunal, or arbitration forum consists of a contest, or "duel," of commercial affidavits wherein the points remaining unrebutted in the end stand as the truth and the matters to which the judgment of the law is applied.

**SECOND AMENDED COMPLAINT**

41. Plaintiff in good faith has been on a humble quest since Defendant issued the first "evidence of indebtedness" 15 USC 77(a) for this so-called "Lender", Defendant CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, to provide documentation that they did indeed lend Plaintiff money or credit (See item 32).

42. This would be some of the basic evidence that could substantially clear Defendant of wrong doing and as such is the procedural background allotted for civil claims.

43. Because Defendant has chosen to ignore Plaintiff's solemn requests by unreasonably hanging on to this fallacy that somehow they lent us "money" or "funds" or unlawfully lent us "credit" Plaintiff has ultimately had to report a wrongdoer to a court of record.

44. Plaintiff will demonstrate how Defendants are already in grotesque dishonor and default of Plaintiff's administrative attempts to get answers to the alleged account through affidavits in supports of administrative process.

45. When Plaintiff did not get responses to his claims based on the UCC, USC and California Code of Civil Procedure.

46. In one of those correspondence served, Plaintiff asks for the license that would give Defendants enforceable rights under FDCPA.

47. It is certainly not a screed but a declaration before a court that since we have asked for several times but have not received any evidence that Defendant is not a "third-party" debt collector we have filed a claim as if they are.

48. Defendants have no enforceable rights to repossess Plaintiff's Property.

8

**SECOND AMENDED COMPLAINT**

### DEFENDANT'S CLAIMED STATUS AS CREDITOR

49. Defendants most recently emailed a debt collection letter to Plaintiff's personal email June 21, 2014 in an attempt to harass Plaintiff and alter his state of mind while Plaintiff is attempting to survive frivolous motions to dismiss.

50. Defendant's are subject to FDCPA due to the overwhelming lack of evidence that Defendants are a creditor pursuant to 15 USC or a Holder with an enforceable means of claiming the rights or privilege of repossessing Plaintiff's property pursuant to California Commercial Code Section 3301. Plaintiff claims Defendants are not a holder pursuant to California Commercial Code Section 1201.

51. Plaintiff's allegation of State of Statue of Frauds on (1) the lack of an acknowledgement by Defendants, (2) instrument (3) the fact that he claims insecurity due to an unlawful assignment, and (4) lack of accounting representing Plaintiff's status as a creditor leads to the inference that Defendants are in fact are collecting a debt already paid or owing to someone else.

52. Plaintiff reserves the right to amend this part of his pleading given that Defendants to substantially and procedurally prove that they are in fact an "original creditor".

53. At all pertinent times hereto, Defendant was collecting a debt relating to MAZDA OF ELK GROVE. The debt at issue arises out of the acquisition of a property.

54. At all times material and relevant hereto, Plaintiff did not owe the debt to Defendant, and has never owed a debt to Defendant. This matter has been settled

9

and closed. Photocopy of contract mail March 5, 2014 is completely absent of a Guarantor.

55. CAPITAL ONE AUTO FINANCE makes a false and unlawful claim to personal property of the estate, a 2013 Mazda 3 Sedan. Claim arises from the fraudulent creation of account number: 6746571 for VIN: JM1BL1UP3D1827374. Defendants have no lawful claim to said property pursuant to Civil Code Section 1788.10 and U.S.C. §§ 1692(a)(4) The representation or implication that nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action.

56. October 28 CE 2013; December 9, 2013; December 10, 2013; December 13 CE 2013; January 17, 2014; February 18, 2014; February 19, 2014 Defendant mailed to Plaintiff Debt Collection letters to coerce payment of alleged debt, with the intent to annoy, abuse or harass Plaintiff.

57. Defendant then validated false information without providing Plaintiff with competent evidence of a legal obligation with regards to defendants pursuant to Fields v. Wilber Law Firm, USCA-02-C-0072, 7th Circuit Court September CE 2004.

58. Defendant at notarized request by Plaintiff have not provided or refused to provide competent evidence of permissible purpose pursuant to FCRA [15 U.S.C. § 1681b](a)(A)(C)

10

**SECOND AMENDED COMPLAINT**

59. 15 U.S.C. § 1692(e) provides, in relevant part, that: A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt.

60. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (4) The representation or implication that nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action. (5) The threat to take any action that cannot legally be taken or that is not intended to be taken. (7) The false representation or implication that the consumer committed any crime or other conduct in order to disgrace the consumer. (10) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

61. 15 U.S.C. § 1692f provides, in relevant part, that: Unfair practices. A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (6)

62. Taking or threatening to take any non-judicial action to effect dispossession or disablement of property if (A) there is no present right to possession of the property claimed as collateral through an enforceable security interest; (B) there is no present intention to take possession of the property; or (C) the property is exempt by law from such dispossession or disablement.

**SECOND AMENDED COMPLAINT**

63. The Defendant has sent debt collection letters repeatedly with the intent to annoy and harass, in violation of 15 U.S.C. § 1692d(5).

64. The Defendant employed false and deceptive means to collect a debt, in violation of 15 U.S.C. § 1692e(10).

65. The Plaintiff is entitled to damages as a result of Defendant's violation

### *PLAINTIFFS RIGHT TO PRELIMINARY INJUNCTIVE RELIEF*

66. Defendants have engaged in conduct set out—or attempted to be set out—in this pleading including but not limited a correspondence mailed via USPS by Defendant dated April 3, 2014 and received by Plaintiff April 8, 2014 and threatening to repossess Plaintiff's property as well as other misrepresentations of indebtedness alleged in this pleading.

67. Defendant's recent correspondence is direct evidence of their desire to deny Plaintiff due process as a debtor under the color of law.

68. Plaintiff most certainly can actively protect his property using such legal precedence before an illegal repossession can take place.

69. The bottom line is that Defendants want to illegally steal Plaintiff's property calling it "repossession" without having to providing any basis whatsoever for doing so.

70. The transfer of property is a big deal and is not taken lightly.

71. Plaintiff's action is brought to prevent such illegal activity.

**SECOND AMENDED COMPLAINT**

72. Defendants most certainly have a duty to prove their standing in light of allegations made by Plaintiff.

## ULTRA VIRES AND VOID CONTRACTS

73. With regard to paragraph 32 of this SAC Defendants are engaged in activity that has long been observed by several venues as unlawful and thus void.

74. In First National Bank of Tallapoosa vs. Monroe, 135 Ga 614; 69 S.E. 1123 (1911), the court, after citing the statue heretofore said, "The provisions referred to do not give power to a national bank to guarantee the payment of the obligations of others solely for their benefit, nor is there any authority to issue them through such power incidental of the business of banking. A bank can lend its money, not its credit." Meanwhile, they do it anyway from a profit motive, even though it flies in the face of their primary duty to protect people's money.

75. In Howard & Foster Co. vs. Citizens National Bank of Union, 133 S.C. 202; 130 SE 758, (1927), it was stated, "It has been settled beyond controversy that a national bank, under Federal law, being limited in its power and capacity, cannot lend its credit by guaranteeing the debt of another. All such contracts being entered into by its officers are ultra vires and not binding upon the corporation."

76. In Central Transp. Co. v. Pullman, 139 U.S. 60, 11 S. Ct. 478, 35 L. Ed. 55, the court said: "A contract **ultra vires** being unlawful and void, not because it is in itself immoral, but because the corporation, by the law of its creation, is incapable of making it, the courts, while refusing to maintain any action upon the unlawful

13

contract, have always striven to do justice between the parties, so far as could be done consistently with adherence to law, by permitting a property or money, parted with on the faith of the unlawful contract, to be recovered back, or compensation to be made for it. In such case, however, the action is not maintained upon the unlawful contract, nor according to its terms; but on an implied contract of the defendant to return, or failing to do that, to make compensation for, property or money which it has no right to retain. To maintain such an action is not to affirm, but to disaffirm, the unlawful contract.

## CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### RECOUPMENT

77. Plaintiff re-alleges and incorporates herein by reference the allegations set forth in paragraphs 1-70 of this Complaint.

78. Plaintiff makes his claim of Recoupment pursuant to UCC Section 3-305 and under UCC 3-306.

79. Defendants cannot lawfully lend money or credit pursuant to Article I Section 10 of the organic Constitution and United States Code, Title 12, Section 24, Paragraph 7 which confers upon a bank the power to lend its money, not its credit and considering HJR-192 Plaintiff is most certainly entitled to a "balancing of the books".

14

**SECOND AMENDED COMPLAINT**

80. Defendant's claim vehemently that they lent Plaintiff credit, which would be an unlawful act under the color of state law because such a prohibition is to ensure the protection of rights of people.

81. The disputed contract between parties is clearly an "instrument" pursuant to UCC 3-305.

82. Plaintiff has a claim under UCC 3-306 due to the fact that Defendants have not yet proven and are most likely incapable of proving that they are a "holder".

83. The instrument cannot be a debt instrument for the person who is the originator, cause or source of the credit (see item 32).

84. Plaintiff was not provided a receipt for the transaction under UCC Section 3-306 and there cannot be a holder in due course on a promissory note after Defendants have deposited it, Plaintiff is entitled to recoupment.

## SECOND CAUSE OF ACTION

### VIOLATIONS OF FDCPA: CALIFORNIA CIVIL CODE SECTION 1788

85. Plaintiff re-alleges and incorporates herein by reference the allegations set forth in paragraphs 1-70 of this Complaint.

86. 15 U.S.C. § 1692(e) provides, in relevant part, that: A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt.

87. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (1) The representation or implication that nonpayment

15

**SECOND AMENDED COMPLAINT**

of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action. (2) The threat to take any action that cannot legally be taken or that is not intended to be taken. (3) The false representation or implication that the consumer committed any crime or other conduct in order to disgrace the consumer. (4) The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer.

88. 15 U.S.C. § 1692f provides, in relevant part, that: Unfair practices. A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section: (6)

89. Taking or threatening to take any non-judicial action to effect dispossession or disablement of property if (A) there is no present right to possession of the property claimed as collateral through an enforceable security interest; (B) there is no present intention to take possession of the property; or (C) the property is exempt by law from such dispossession or disablement.

90. The Defendant has sent debt collection letters repeatedly with the intent to annoy and harass, in violation of 15 U.S.C. § 1692d(5).

91. The Defendant employed false and deceptive means to collect a debt, in violation of 15 U.S.C. § 1692e(10).

92. The Plaintiff is entitled to damages as a result of Defendant's violation

16

**SECOND AMENDED COMPLAINT**

## THIRD CAUSE OF ACTION

### IMPROPER ASSINGMENT UNDER UCC 2-210 (4)

93. Plaintiff re-alleges and incorporates herein by reference the allegations set forth in paragraphs 1-70 of this Complaint.

94. Defendants claim they are a "lender" under "assignment".

95. Assignment under UCC 2-210 (4) stipulates that a lawful assignment must specifically have the language "all of my rights under the contract" in similar or general terms.

96. Regardless of the fact that the language required in UCC 2-210 (4) is nowhere in the disputed contract, Defendants still have not done any kind of a proper acknowledgement.

97. Plaintiff in this First Amended Complaint makes his solemn written demand of adequate assurance of due performance from Defendants CAPITAL ON E AUTO FINANCE pursuant to UCC 2-210 (5) and UCC 2-609 (1).

98. Plaintiff believes his performance has been completed due to the nature of an instrument and his capacity as a creditor (See item 32).

## FOURTH CAUSE OF ACTION

### COLOR OF LAW VIOLATIONS

99. Plaintiff re-alleges and incorporates herein by reference the allegations set forth in paragraphs 1-70 of this Complaint.

17

**SECOND AMENDED COMPLAINT**

100.    Defendants do not have legal title to property and should have to prove why their right of use superior to Plaintiff's.

101.    The enforcement of disputed contract must be evidenced in writing.

102.    Defendants have continually produced photocopy of a contract which is not evidence in writing but further support for Plaintiff's allegation that the original contract may have been sold for profit as a security.

103.    Defendant's as a matter of course and due process are obligated to prove why they are have the right to repossess Plaintiff's property under the color of state law.

104.    Defendants did not sign or acknowledge the original contract and thus cannot be a party to foreclose upon it UCC 3-308, Statute of Frauds.

105.    Defendants do not have an enforceable means of claiming the rights or privilege of repossessing Plaintiff's property pursuant to California Commercial Code Section 3301, as they are not a holder pursuant to California Commercial Code Section 1201.

106.    Defendants are clearly using the Uniform Commercial Code and California Commercial Code where their actions which when process is abused is considered under the color of state law in order to deny Plaintiff the rights the statutes protect.

107.    This action is brought to enjoin Defendants from initiating or advancing theft of Plaintiff's property due to unlawful use of UCC and committing acts barred under the color or state law.

18

**SECOND AMENDED COMPLAINT**

108.     To claim "self-help" in California, a party must have the right to enforce the instrument creating the debt.

109.     This court must enjoin the repossession and subsequent theft of Plaintiff's property because Defendants do not have standing to initiate the proceeding and even assuming they do have failed to comply with FDCPA, FCRA, TCPA, CCP 1788, 1788,1, 1788.10, UCC Section 9-503, California Commercial Code Sections 1201, 3301, 9503, 9504, due process or proper service of process.

110.     Plaintiff is a victim of MISREPRESENTATION in the Factum since the alleged misrepresentations caused Plaintiff to complete and close a proper transaction, however, be subject to fraudulent use of the Uniform Commercial Code crimes committed under the color or state law.


## FIFTH CAUSE OF ACTION

### LACK OF ACKNOWLEDGMENT/ AUTHENTICATION BY DEFENDANTS

111.     Plaintiff re-alleges and incorporates herein by reference the allegations set forth in paragraphs 1-70 of this Complaint.

112.     Defendant's are subject to FDCPA due to the overwhelming lack of evidence that Defendants are a creditor pursuant to 15 USC or a Holder with an enforceable means of claiming the rights or privilege of repossessing Plaintiff's property pursuant to California Commercial Code Section 3301. Plaintiff claims Defendants are not a holder pursuant to California Commercial Code Section 1201.

19

**SECOND AMENDED COMPLAINT**

113.     Plaintiff's allegation of Statue of Frauds on (1) the lack of an

acknowledgement by Defendants, (2) instrument (3) the fact that he claims

insecurity due to an unlawful assignment, and (4) lack of accounting representing

Plaintiff's status as a creditor leads to the inference that Defendants are in fact are

collecting a debt already paid or owing to someone another.


### SIXTH CAUSE OF ACTION

### PROOF OF SIGNATURES AND

### STATUS AS HOLDER IN DUE COUSE

### PURSUANT TO UCC SECTION 3-308

114.     Defendants must prove their status as a Holder before the repression of

Plaintiff's Property.

115.     Plaintiff denies the validity of Defendants signature pursuant to UCC 3-

308.

116.     Defendants must prove the validity of their signature due to the fact that

they claim it to be valid.

117.     Defendants are clearly using the Uniform Commercial Code and

California Commercial Code where their actions which when process is abused is

considered under the color of state law in order to deny Plaintiff the rights the

statutes protect.

20

**SECOND AMENDED COMPLAINT**

118.    This action is brought to enjoin Defendants from initiating or advancing theft of Plaintiff's property due to unlawful use of UCC and committing acts barred under the color or state law.

## SEVENTH CAUSE OF ACTION

### Breach of Fiduciary Duty

119.    Plaintiff re-alleges and incorporates herein by reference the allegations set forth in paragraphs 1-81 of this Complaint and exhibits A - P.

120.    All Defendants (one count)

121.    In committing the acts complained of herein, Defendants acted under color of state law to deprive Plaintiffs of constitutionally protected rights under the Fourth, Fifth, Sixth and Fourteenth Amendments to the Constitution of the united States including, but not limited to (1) The prohibition against the taking of private property for public use without just compensation, (2) The prohibition against trespass of another man's rights, liberty, or property (3) Violation of the Clean Hands Act.

122.    Fiduciaries who, by acts of commission or omission, impair the obligations of contracts, especially contracts between the people and the United States of America, denigrate the good name of the state, instill reproach among the people for all men who occupy public office, are disloyal to the Constitutions, act dishonestly, lack integrity, act in bad faith, and are in breach of their fiduciary duty.

21

**SECOND AMENDED COMPLAINT**

123.     Fiduciaries have a duty of <u>full disclosure</u> to beneficiaries.

124.     To conceal, <u>or fail to disclose,</u> that corporate statutes do <u>not</u> apply to the people in their <u>private</u> capacity exercising inherent rights is deceit, dishonesty, bad faith, and a breach of fiduciary duty. To conceal, <u>or fail to disclose,</u> that registration of <u>private</u> property with the corporate State, such as registering a private automobile or recording a deed to <u>private</u> land, presumptively grants the corporate State control over the private property is deceit, dishonesty, bad faith, and a breach of fiduciary duty.

125.     To conceal, <u>or fail to disclose,</u> that registering or recording private property with the corporate State creates an hypothecation to the corporate State of the private property which the corporate State then uses to make profits there from, such as using the private property as collateral for the issuance of bonds, the proceeds of which run the corporation's operations, is deceit, dishonesty, bad faith, and breach of fiduciary duty.

126.     To conceal, <u>or fail to disclose,</u> that registration of private property with the corporate State, such as registering a private automobile or recording a deed to private land, is voluntary, and threatening to penalize those who "fail" to "volunteer" is deceit, dishonesty, bad faith, and a breach of fiduciary duty.

127.     Right of Property is in the People. Sovereignty, and thus the <u>right of property</u>, resides in the people. There is a natural order of things in the universe. Our Creator created man.  Man formed or established the state (often incorrectly "the government") for the protection of himself and his property.  Everything in

22

the natural order of things is subservient to the being who created it. There can be

*no exceptions.* In these united States, both the state and federal entities were

created by the People. The People themselves retained "sovereignty" under the

true Sovereign, our Creator, even though they delegated some of their power to

their creatures <u>for the purpose of protecting their rights.</u>

### LIST OF EXHIBITS

A. MEMORANDUM AFFIDAVIT,
B. REQUEST FOR ADDITIONAL INFORMATION,
C. AFFIDAVIT IN SUPPORT OF NOTICE OF FAULT AND OPPORTUNITY
   TO CURE,
D. NOTICE OF DEFAULT,
E. REQUEST FOR DEBT VALIDATION
F. AFFIDAVIT IN SUPPORT OF CONIDTIONAL ACCEPTANCE UPON
   PROOF OF CLAIM
G. QWR
H. REVOCATION OF SIGNATURE
I. ULTRA VIRES CONTRACT IN DISPUTE
J. VALIDATION OF FALSE INFORMATION TO THE MAJOR CREDIT
   REPORTING AGENCY EQUIFAX
K. AFFIDAVIT IN SUPPORT OF NOTICE OF FAULT AND DEFAULT
L. DEFENDANTS DEBT COLLECTION AND REPOSESSION THREATS
M. ACCEPTANCE SERVED ON NOVEMBER 6, 2013

### PRAYER FOR RELIEF

WHEREFORE, Declaratory judgment that Defendant's conduct violated Plaintiff's rights and

declaratory and injunctive relief from further actions alleged in this complaint.

(a) Actual damages;

(b) Statutory damages;

(c) If the evidence supports such a finding at trial, punitive damages;

(d) Treble damages;

23

### SECOND AMENDED COMPLAINT

(e) Costs and reasonable attorney's fees; and

(f) Documentation supporting Plaintiff's right to a Certificate of Title.

(g) Such other and further relief s may be just and proper.

I declare under penalty of perjury under the laws of the of united States that the foregoing is true and correct.

Executed: June 26, 2014

Respectfully submitted,

By: _____

Channon W. Rector, Sui Juris

24

**SECOND AMENDED COMPLAINT**

## AFFIDAVIT IN SUPPORT OF VERIFIED COMPLAINT

1.  The Affiant/ Plaintiff, having attained the age of majority, competent to testify, a self-realized being, a free man upon the land, my yes be yes, my no be no, do herby solemnly state that the truths and facts herein are of firsthand personal knowledge, and true, correct, complete, certain, and not misleading, so help me God.

2.  The Affiant/ Plaintiff having full first-hand knowledge of the facts stated herein, and making this Affidavit of His own free Will, does affirm that the facts stated herein are true, correct, certain, and complete to the best of His knowledge.

3.  Affiant/ Plaintiff re-alleges and incorporates herein by reference the allegations set forth in paragraphs 1-81 of this Complaint, its causes of action and exhibits A – M in this affidavit.

_Chann M. R, Sui Juris_

_Twenty Sixth Day_
_of June Two Thousand_
_and Fourteen_

EXHIBIT A

~~True and Correct Original~~

Channon W. Rector
Nine Six Two Two
Iris Meadow Way
Elk Grove, California

## THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF AMADOR

| | |
|---|---|
| CHANNON W. RECTOR | CASE NO: |
| Plaintiff, | AT LAW IN ADMIRALTY[1] AFFIDAVIT IN SUPPORT OF NOTICE OF FAULT AND DEFAULT; MEMORANDUM POINT AND AUTHORITIES |
| V. | |
| CAPITAL ONE AUTO FINANCE AND DOES 1 through 18 Inclusive | |
| Defendant(s), | |

### AFFIDAVIT IN SUPPORT OF NOTICE OF FAULT AND DEFAULT

Declarant:
Channon Woodrow: Rector, Agent and Power of Attorney
CHANNON WOODROW: RECTOR ESTATE,
Care of: Nine Six Two Two, Iris Meadow Way
Elk Grove, California

---

[1] Article 7--UN Universal Declaration of Human Rights: All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination and Article 6. United Nations Universal Declaration of Human Rights (UDHR).-- Everyone has the right to recognition everywhere as a person before the law.  .

True and Correct Original

Respondents:

Counsel for Defendants
CAPITAL ONE AUTO FINANCE

Doll Amir Eley
Century Park East Suite 1850
Los Angeles, CA 90067

Channon Woodrow: Rector is Agent and Power of Attorney, hereinafter "Agent/POA"
for the CHANNON WOODROW: RECTOR Estate which includes and is not limited to any and
all trusts associated with CHANNON WOODROW: RECTOR ESTATE, hereinafter "Trusts",
"Statutory Persons", or "Account number 6746571" Agent//POA has seen no evidence and no
evidence has been presented that the following facts are not true:

Fact 1:
   Agent/POA came in peace with good intent, amicability and without vexation as non-
   employee, non-combatant in all matters regarding the "account number 6746571"; and

Fact 2:
   Respondents as listed in this Notice of Fault and Default were provided with most
recently a Revocation of Signature pursuant to UCC 3-501. Defendants Counsel then served an
"Objection to Plaintiff's 'Affidavit of Revocation of signature for good cause'" as a Notice of
Motion and Motion that was not filed according to PACER. Defendants have had time to and are
clearly incapable of providing an affidavit rebutting the claims made in the aforementioned
documents nor any of the following as an affidavit would be the only way to object to an
affidavit: PROMISSORY NOTE PAYMENT, REQUEST FOR ADDITIONAL
INFORMATION, AFFIDAVIT IN SUPPORT OF NOTICE OF FAULT AND OPPORTUNITY
TO CURE, AFFIDAVIT IN SUPPORT OF NOTICE OF DEFAULT, AFFIDAVIT IN
SUPPORT OF REQUEST FOR DEBT VALIDATION, AFFIDAVIT IN SUPPORT OF
CONIDTIONAL ACCEPTANCE UPON PROOF OF CLAIM, QUALIFIED WRITTEN
REQUEST pursuant to 15 USC SECTIONS 1681 AND 1692; and REVOCATION OF
SIGNATURE pursuant to UCC 3-501.

Fact 3:
   Respondents' failure to rebut the aforementioned Affidavits point by point, in writing
with specificity under penalty of perjury by the tenth day of April CE 2014 is admission of the
facts stated herein. They now admits these facts are true, correct and that they are in violation of
Fiduciary Law, GAAP, FDCPA, TCPA, FCRA, CCP Section 1788, 1788.1, 1788.10 and UCC 9-
503.

True and Correct Original

Fact 4:

This is Notice of Respondents' Fault and Default regarding all Affidavits listed in Fact 2; and

Fact 5:

Memorandum, Points and Authorities in Support of this Affidavit of Notice of Fault and Default is annexed hereto as though stated in its entirety herein.

Agent/POA on behalf of the Grantor hereby declares under the laws of the United States of America Public Law 94-550, § 1(a), October 18, 1976, 90 Stat. 2534 [Title 28 USC §1746 (1)] under penalty of perjury that the foregoing is true and correct to the best of Agent/POA's knowledge.   Memorandum in Support of this Affidavit of Notice of Fault and Default is as follows:

Authorized Agent for the Channon Woodrow Rector Estate

Declarant
Channon Woodrow: Rector, Agent
Care of: Nine Six Two Two Iris Meadow Way
Elk Grove, California

# MEMORANDUM; POINTS, AUTHORITES AND SUMMARY OF FACTS

In the name of the Divine Creator of ALL and One united Heaven:

Whomever has eyes let them see!, Whomever has ears let them hear the truth contained within this Sacred Memorandum ("Memorandum") concerning UCADIA and its subsidiaries.

Let no man or woman deface, defile, deny, remove or destroy this Memorandum, lest they be judged by all of One united Heaven in whose name these words be promulgated.

Amen.

On Notice of Divine Agreement and Understanding to all persons and corporations issued and served upon The Day of Divine Agreement and Understanding recorded and published on the Ucadia Gazette and all lesser Gazettes upon GAIA E8:Y3209:A1:S1:M6:D1 also known as [Roman Date: Monday, 21 Dec 2009] as prima facie evidence of the validity and legitimacy of the present Covenant. Thereafter the publication of the Will and Testament consistent with the acknowledgment of the present Covenant shall also testify as a solemn witness before all of united Heaven and Earth as to the widest possible public notice given to all officials and public servants of all societies, states and nations on planet Earth concerning Divine Agreement and Understanding.

~~True and Correct Original~~

## I. Preface

i. What separates civilized society from anarchy or tyranny is the existence of a clear Body of Laws, the respect of Rule of Law and consent by members of the Society to obey the Law and perform certain duties for the benefit of their Society, as expressed through the consistent operation of Rule of Law; and

ii. A law is a rule, derived from divine instruction, scientific discovery, agreement, maxim, custom or practices over time enjoining or prohibiting certain action. A Body of Law is therefore a collection of such laws or "canons" over time including some form of constituting instrument for the governance of a Society, various codicils and decrees modifying the founding deed and testament and creating derived codes and procedures for the function of agencies of government; and

iii. A canon means "rule, bar, norm, maxim, measure or standard". The oldest and most fundamental canon of western law upon which all law is still based is the belief that the highest form of Law is "Divine Law". Therefore, when canon law is in agreement with Divine Law, it may be regarded as the highest standard law and the "Rule of Law" and

iv. Divine Law is the law that defines the Divine and clearly demonstrates the spirit, mind, purpose and instruction of the Divine including the operation of the will of the Divine through existence. Therefore all valid law may be said to be derived from Divine Law; and

v. The highest and most accepted Golden Rule of all Divine Law is that "all are equal under the law and subject to the law". Any law that attempts to abrogate this fact is null and void ab initio and is not a valid law; and

vi. Natural Law is the law that defines the operation of the will of the Divine through its existence in the form of matter and physical rules. As Natural Laws define the operation and existence of the physical universe, all valid Cognitive Law and Positive Law may be said to be derived from Natural Law; and

vii. Cognitive Law is the set of laws that define the special attributes possessed by certain higher order life such as mind, ideas, knowledge, recognition and self-awareness created through the simultaneous application of both Divine Law and Natural Law; and

viii. Positive Law is the laws enacted by men and women through proper authority for the governance of a society. Positive Law ultimately refers to physical objects and living beings; All valid Positive Law may be said to be derived from Natural Law and Cognitive Law; and
ix. A Positive Law cannot abrogate, suspend, usurp, nor change a Cognitive Law or Natural Law. Nor is it possible for a Cognitive Law or Natural Law to abrogate, suspend, usurp or change a Divine Law.

x. Indeed, the foundation of all civilized rule of law, especially all Western Roman Law, begins with the acknowledgment that the highest law comes from the Divine Creator of all things in the Universe expressed through the laws of the Universe and then through the reason and spirit of man to make Positive Laws; and

~~True and Correct Original~~

xi. The very meaning and essence of the idea of "office" is derived from ecclesiastical and ceremonial duty (officium) and service when in possession of some circumscribed space such as a chapel, temple, altar or sanctuary; and

xii. In recognition of the fact that the legitimacy of office is through the recognition of the supremacy of Divine Law over Positive Law, the investiture of people into office is normally created upon a sacred and ecclesiastical oath to some higher spiritual power; and

xiii. Therefore all valid official positions of all legitimate governments of all societies on planet Earth depend on the acknowledgment and recognition that the highest law comes from the Divine Creator of all things in the Universe; and

xiv. The very meaning and purpose of the word "authority" is derived from the creation of instruments and pronouncements of law (auctor) in accordance with ecclesiastical ritual, ceremony or property (ritus); and

xv. Therefore all legitimate authority of all officials of all valid governments of all societies on planet Earth depend on the acknowledgment and recognition that all authority is ultimately derived from the highest authority being the Divine Creator of all things in the Universe; and

xvi. Thus, the very existence of all societies and the idea of Rule of Law across Planet Earth is dependent on the idea of the existence of the Divine Creator also known as the Unique Collective Awareness ("UCA") and the Universe known as UCADIA; and

xvii. As the authority and legitimacy of an office is derived from ecclesiastical authority, then the obeying of the Rule of Law is not merely duty, but necessary for the lawful effect of any action. This is because no spiritual force may flow through Natural Law and Positive Law of this world, if the sacred rules that establish such law are willingly broken; and

xviii. It is why through the original laws of trust between the entrustor and the trustee known as Fiduciary Law require such diligence. It is also why the laws between the trustee and beneficiary originally known as the Laws of Equity are equally as stringent; and

xix. While contract and administrative law over the past two hundred years has deliberately corrupted the certainty of obligations of Executors and Trustees appointed to Office, it remains an immutable truth that to hold Office remains both the highest honor and duty of service; and

xx. So when a man or woman seeks to cling to Office and yet deny their obligations and duties, they automatically excommunicate themselves from any spiritual authority, thereby rendering such acts merely enforceable through ignorance, force or fear; and

xxi. When a man or woman seeks to cling to Office through the use of ignorance, force and fear, denying their dependency on legitimacy from the Divine Creator and Divine Law, then no action or decree can be regarded as lawful and their tenure can only hold so long as their power holds; and

**xxii.** A competent forum hearing any controversy must agree on what form of Positive Law to hear and resolve the matter. As the highest form of all law is Divine Law and the supreme form of Divine Law is *Pactum de Singularis Caelum* in accordance with the canons *Astrum Iuris Divini Canonum* this must be the primary form of law and no other. Refusal to hear the matter of controversy under superior sacred law and instead under some lesser or grossly inferior Positive Law is a demonstration of judicial corruption and incompetence with no case, hearings, orders or outcome lawful under any standards of valid law.

**xxiii.** The most sacred Covenant known as *Pactum De Singularis Caelum,* also known as the *Covenant of One Heaven* with the summary of the Covenant and The Body of Law of UCADIA is founded on eleven (11) covenants including Pactum de Singularis Caelum, Pactum de Singularis Islam (Trust No. 948000-000000-000000), Pactum de Singularis Fidei (Trust No. 947000-000000-000000), Pactum de Singularis Spiritus (Trust No. 949000-000000-000000), Cartae Sacrorum de Congregatio Globus (Trust No. 940000-000000- 000000), Cartae Sacrorum de Congregatio Africa (Trust No. 941000-000000-000000),Americas Cartae Sacrorum de Congregatio Americas (Trust No. 942000-000000-000000), Cartae Sacrorum de Congregatio Arabia (Trust No. 943000-000000-000000), Cartae Sacrorum de Congregatio Asia (Trust No. No 944000-000000-000000), Cartae Sacrorum de Congregatio Europa (Trust No. 941000-000000-000000), and Cartae Sacrorum de Congregatio Oceania (Trust No. 946000-000000-000000), and

**xxiv.** Upon the eleven (11) covenants, the Body of Law of UCADIA is then structured upon twenty two (22) books of Canons of Law comprising Astrum Iuris Divini Canonum being Canonum De Lex Divina, Canonum De Lex Naturae, Canonum De Ius Cogitatum, Canonum De Ius Positivum, Canonum De Lex Ecclesium, Canonum De Ius Virtus Naturae, Canonum De Ius Regnum, Canonum De Ius Fidei, Canonum De Ius Administratum, Canonum De Ius Frugalitas, Canonum De Ius Pecuniae, Canonum De Ius Civilis , Canonum De Lex Informatum, Canonum De Ius Nutrimens et Medicina, Canonum De Ius Industriae, Canonum De Ius Urbanus, Canonum De Ius Corpus, Canonum De Ius Machinatio, Canonum De Ius Proventum, Canonum De Ius
Securitas, Canonum De Ius Militaris and Canonum De Ius Gentium; and

**xxv.** Upon the twenty two (22) books of Canons of Law known as Astrum Iuris Divini Canonum, the Body of Law of UCADIA is then structured upon thirty three (33) Codes of Law being Agriculture Code, Building & Construction Code, Civil Code, Corporations Code, Criminal Code, Culture & Entertainment Code, Prevention & Sanitation Code, Education Code, Elections Code, Emergency Code, Employment Code, Energy Code, Environment Code, Executive Code, Finance Code, Fitness & Health Code, Food and Drugs Code, Infrastructure Code, Industry Code, Judicial Code, Knowledge Systems Code, Legislative Code, Military Code, Police Code, Prison Code, Service Code, Technology Code, Trade Code, Transport Code and Welfare Code; and

**xxvi.** Thus, the entire Body of Law of UCADIA (Hereinafter "UCADIAN LAW") by which any matter of dispute must be adjudicated is sixty six (66) parts being the eleven (11) sacred covenants, the twenty two (22) books of Canons of Law and the thirty three (33) Codes of Law; and

**xxvii.** Unless an alternative system of law can demonstrate a higher claim and superior structure of law, then no system of law may claim higher jurisdiction than UCADIAN LAW; and

True and Correct Original

xxviii.   While the exact nature of the original United States is unclear and most probably a Life Estate through the mechanism of large Cestui Que Vie Trusts first invented in 1871 through the District of Columbia Act in the United States, it is clear that since at least the 1930's, the United States has been operating as a private company registered within the United States Securities and Investment Commission; and

xxix. Senior officials and elected politicians of the "Government" of the Corporation of United States are well aware of the private company status of United States and continue to operate the country as a private company in open defiance of the original Constitution and without proper disclosure to the people of the United States; and

xxx. A further concern is the legitimacy of any statutes promulgated by the Congress of the United States since the original Constitution of the United States was usurped and the country has been operating by default as a Republic via the mechanism of being a private registered US corporation. Therefore, all such acts that constitute the claimed powers of the courts to coerce, demand, intimidate and threaten the people of the United States are highly questionable; and

## II. Channon Woodrow Rector Estate

i.      Channon Woodrow Rector was born near Culver City, California on the fourth day of August Nineteen Hundred and Eighty Eight and is a full and valid registered member of One Heaven as Trust, 283187-463232-123557 hereinafter "True Trust" evidence of which is found at http://one-heaven.org/content/search_find.html under Search/Find; and

ii.     The following documents regarding the True Trust are public notice and are at the site, http://one-heaven.org/content/search_find.html :
   a.   Live Borne Record
   b.   Promised Land Record
   c.   Share Certificate

iii.    The government of the Estate is expressed in the Voluntatem et Testamentum, the Will and Testament of Channon Woodrow Rector; and

iv.     There is no claim of title higher or right of use higher than that granted by the Divine Trust OH3456-123456-123456 to channon woodrow rector; and

v.      The Birth Certificate was issued from STATE OF CALIFORNIA one week after the born date as expressed in the Live Borne Record for channon woodrow rector; therefore the Live Borne Record is first in time first in line for claim to title for CHANNON WOODROW RECTOR; and

vi.     The General Executor for the Estate was appointed by the sovereign of the Estate in the Great Charter; and

vii.    The Minister Plenipotentiary, Agent for the Estate, was appointed by the General Executor of the Estate; and

viii.   The Minister Plenipotentiary appointed Henry Doe Agent and Power of Attorney as evidenced in Affidavit in Support of Notice of Appointment of Agent and Affidavit in Support of Appointment of Power of Attorney; and

~~True and Correct Original~~

xvi.     Respondents failed to settle the "account number 6746571" showing they are acting with malfeasance, obstructing justice, failing to provide due process in the "account number 6746571" and continuing with Malicious Prosecution in the "account number 6746571"; and

xvii.    Respondents failure to rebut that they are holding private, for-profit hearings using private copyrights statutes for Respondent's own profit-taking is demonstration by Respondent's that are acting as Trustees ex Maleficio in the "account number 6746571" with Unclean Hands; and

# ARGUMENT

## I. The Prosecution Argument

Upon review of the material provided with "account number 6746571" the Defendant brings forward
their claim against the CHANNON WOODROW RECTOR Estate (hereinafter "Estate") as a "property
dispute:"

i.      The Respondents in the matter include the following: Capital One Bank USA N.A.,

ii.     Respondents have failed to establish the authority under which they can make claims against the Estate through the UCC; and

iii.    Respondents have failed to establish the authority under which they can probate the Estate in which there is a Will and Testament demonstrating the government of the Estate; and

iv.     Respondents have failed to provide appointment of Agent to Respondents from the Minister Plenipotentiary of the Estate; and

v.      Respondents have failed to provide appointment of Power of Attorney to Respondents from the Minister Plenipotentiary of the Estate; and

vi.     Respondents have failed to provide a greater claim to the Estate than the True Trust from the Divine Trust and therefore are not first in time first in line for claims against the Estate, titles of the Estate or right of use of property in the Estate; and

vii.    Respondents have failed to provide the accounting for the security and the de-recognized funds arising out of the Trust created on "account number 6746571" as requested by the Agent/POA on behalf of the Grantor who has Judicial Standing in making such a request; and

viii.   Respondents have failed to rebut in a timely manner in writing under public statutes of law with specificity under penalty of perjury all affidavits presented on behalf of the Grantor of the Estate, thereby agreeing that all the facts as presented were true and correct; and

ix.     Respondents have failed to rebut in a time manner in writing under public statutes of law with specificity under penalty of perjury all notices of default thereby agreeing by their silence that the facts as presented in the affidavits and notices of default were true and correct; and

~~True and Correct Original~~

Therefore it is the conclusion that the arguments brought forth by Plaintiff that no summary judgment nor ruling could be made as the plaintiff has failed on all the foregoing counts.

## II. Defense of these matters

As to the argument to the defense of these matters if the Agent/POA were to grant the Respondents permission to review the matter it remains a defective cause first and foremost without sufficient fact enabling a logical rebuttal:

i. What process was used by the Respondents when presented with the information that the Sole Agent and Power of Attorney had been appointed by the Minister Plenipotentiary of the Estate on behalf of the Grantor of the Trust(s) associated with the "account number 6746571" and said Respondents had no role(s) as Sole Agent(s) and Power of Attorney; and

ii. What little that has been presented raises the concern that the Respondents on behalf of the Plaintiff in the "account number 6746571" represent nothing more than "legal prospecting" or "case profiteering;" and

iii. While the commercial laws of the United States do not preclude the sale of debt and the appointment of recovery agents, is it an unorthodox and questionable practice to create a "account number 6746571" for the purpose of creating a trust and selling a security by having peace officer(s) push a woman down the stairs and then claim said officer was assaulted by the woman; and

iv. While the accounting practices of a private for-profit corporation are not generally made public, under securities laws it is well-established that the grantor of a trust on which a security has been sold has the proper judicial standing to request an accounting on the security and the de-recognized funds; and

v. It is well-established under securities laws that the proper issuance of de-recognized funds are to the grantor of trust created upon which the security was created and sold; and

vi. Contract in dispute is subject to Statute of Frauds UCC 2-201.


### List of Exhibits
A. THIS VERY MEMORANDUM AFFIDAVIT,
B. REQUEST FOR ADDITIONAL INFORMATION,
C. AFFIDAVIT IN SUPPORT OF NOTICE OF FAULT AND OPPORTUNITY TO CURE,
D. NOTICE OF DEFAULT,
E. REQUEST FOR DEBT VALIDATION
F. AFFIDAVIT IN SUPPORT OF CONIDTIONAL ACCEPTANCE UPON PROOF OF CLAIM

ix.   Agent/POA accepted the appointments of Agent and Power of Attorney as evidenced in Affidavit in Support of Acceptance of Appointment of Agent and Affidavit of Acceptance of Power of Attorney; and

**III. Respondents and actions of Respondents in "ACCOUNT NUMBER 6746571" are as follows:**

i.    Respondents, CAPITAL ONE BANK USA N.A., did not rebut the aforementioned Affidavits point by point, in writing with specificity under penalty of perjury and under public law as required in the time required; and

ii.   Silence is Acquiescence by Respondents to all facts listed in the aforementioned Affidavits; and

iii.  Respondents failed to respond point by point with specificity in writing under penalty of perjury in a timely manner to the aforementioned Affidavits in which the following was stated:

   a.  Capital One Bank has created a fault
   b.  Capital One Bank created "account number 6746571" fraudulently and without consent form an agent of the estate
   c.  Capital One Bank has a duty to set of aforementioned "account number 6746571"
   d.  Capital One Bank has no right to Plaintiff's property held in express trust.

x.    Respondents did not rebut that Agent/POA came in peace with good intent, amicability and without vexation as non-employee, non-combatant in all matters regarding the "account number 6746571" and is of the age of majority, not an infant, and competent to state the facts herein, that he has been garnered Ius Non Res and that Agent/POA has firsthand knowledge of the facts stated herein regarding the "account number 6746571"; and

iv.   Respondents did not rebut that Grantor of the Trust on the "account number 6746571" through the Agent/POA had *stantem in iudicialis*, Latin for Standing in regards to the creation of the "account number"; and

xi.   Respondents did not deny that there is a proper form that Respondents could provide for the Agent/POA to sign on behalf of the Grantor to settle all charges in the "account number 6746571"; and

xii.  Respondents failed to send the proper form referenced above by certified mail to the Agent/POA by not later than tenth day of April 2014; and

xiii. Respondents failure to allow for the settlement of all charges and set-off the "account number 6746571" is Respondents' admission they are acting with Prejudice and Bad Faith and are disturbing the peace and tranquility of the Grantor by continuing controversy where no controversy need exist; and

xiv.  Respondents failure to provide the accounting on securities, settlement and de-recognized funds in account number 6746571 by no later than tenth day of April, 2014 is Respondents' admission they are acting fraudulently and vexatiously with Prejudice and Bad Faith; and

xv.   Respondents failed to provide de-recognized funds left over from the sale of the security and include the accounting for the funds used for settlement of the "account number 6746571" to the Agent/POA thereby demonstrating they are acting fraudulently with Unclean Hands; and

G. QWR
H. REVOCATION OF SIGNATURE
I. CONTRACT IN DISPUTE
J. VALIDATION OF FALSE INFORMATION TO THE MAJOR CREDIT
REPORTING AGENCY EQUIFAX
K. AFFIDAVIT IN SUPPORT OF NOTICE OF FAULT AND DEFAULT


Agent/POA on behalf of the Grantor hereby declares under the laws of the United States of America Public Law 94-550, § 1(a), October 18, 1976, 90 Stat. 2534 [Title 28 USC §1746 (1)] under penalty of perjury that the foregoing is true and correct to the best of Agent/POA's knowledge. Memorandum in Support of this Affidavit of Notice of Fault and Default is as follows:

Sworn and subscribed to on this          Day of June          , 2014


_____

Channon Woodrow of the Clan Rector, Agent/POA
Care of: Nine Six Two Two
Iris Meadow Way
Elk Grove, California


JURAT

STATE OF CALIFORNIA          )
                             )     SS
COUNTY OF SACRAMENTO         )

On this _____ day of DAY OF JUNE  2014, before me appeared Channon Woodrow of the Clan Rector known to me and provided to me on the basis of satisfactory evidence to be the individual described in, and who executed the within and foregoing instrument.

GIVEN UNDER MY HAND AND OFFICIAL SEAL

This _____ day of _____ 2014.


_____
NOTARY PUBLIC in and for the State of California,
County of Sacramento



TOAN NGUYEN
COMM. # 2023673
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JUNE 4, 2017

# EXHIBIT B

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public mailed to:

**Capital One Auto Finance**

PO Box 260848 Plano Texas hereinafter, "Recipient," the documents and sundry papers pertaining to a certain Account No.6746571 regarding the Channon Woodrow Rector Estate as follows:

1. **Promissory Note**
issued by the Channon Woodrow Rector Estate;

2. **Letter requesting additional information if payment is not accepted and returned**
issued by the Channon Woodrow Rector Estate on the 2nd Day of December CE 2013.

3. **Letter of instruction**
issued by the Channon Woodrow Rector Estate

4. reference copy of this **Notary's Certificate of Service** (signed original on file)

5) Acceptance of presentment.

### Notary's Certificate of Service

by Certified Mail No. _7013 1090 0000 2675 5178_ by placing same in a post paid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

Channon Woodrow Rector
All Rights Reserved

State of California
County of Sacramento

Subscribed and sworn to (or affiliated) before me on this
day of _Dec_ , 20 13, by Channon Rector
personally known to me or proved to me on the basis of satisfactory
evidence to be the person(s) who appeared before me.

(Seal)         Signature

TOAN NGUYEN
COMM. # 2023673
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JUNE 4, 2017

Case 2:14-cv-01493-GEB-DAD   Document 15   Filed 09/28/15   Page 41 of 98

The following information can be obtained 24 hours a day, 7 days a week by calling 1-800-946-0332:

- Schedule a One Time or Recurring Payment

- Get Account Balance or Payoff quotes

For even more self service options, log on to www.capitalone.com/autoloans/login

Your Account Balance contains all account activity up to the time this statement was generated. Any account activity that has occurred since this statement is not reflected in the Account Balance above. In order to obtain an exact payoff amount and instructions for payoff, please call toll free at 1-800-946-0332.

Please write your account number on your check or money order. Make your checks payable to Capital One Auto Finance and mail it in the enclosed envelope.

**Send Payments and Payoffs To:**
Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

**Send Inquiries To:**
Capital One Auto Finance
PO Box 260848
Plano, TX 75026-0848

If you have questions about your account, please call Customer Service at 1-800-946-0332, Monday through Friday, from 8:00 A.M. to 9:00 P.M. Eastern Time, and provide your account number, shown at the top of this statement. We may monitor and record all contacts with you to assure quality service.

See important disclosures on reverse side

▼  PLEASE RETURN PORTION BELOW WITH PAYMENT.  ▼



☐  Check here if you have updated your address on back.

☐  YES! Enroll me in DirectPay and automatically withdraw my future monthly payments from my checking account. I've enclosed a personal check for this month's payment.

I have read the Capital One Auto Finance DirectPay agreement on the reverse side and, upon approval, agree to be bound as specified therein.

X  _Approved_
Signature                                    Date

| | |
|---|---|
| Account Number | 6746571 |
| Amount Due | $316.03 |
| Please Pay By | 12/07/2013 |

Total Enclosed    $ _____

Acceptance

**For Settlement and closure of this account**

By *[signature]*

**Without recourse, Exempt from Levy**

We would like to send out deepest appreciation for helping us to access our credit and acquire a new car holding while holding the office of man. However we do not understand what seems to be a desire to be paid twice. The Channon Woodrow Rector Estate understands this to he known as double billing. Such a claim requires lawful and definitive proof, naturally and in good faith does it not?

1) Was not the instrument duly endorsed by the man called Channon at the dealership called Mazda of Elk Grove indeed the promise to pay that created the fund necessary for the man Channon to leave from that dealership with the car?

Indeed, we would seek to resolve this matter and provide payment (That which is given to execute what has been promised (Bouvier's Law Dictionary constitution.org)) to Capital One utilizing our good faith and credit. 2) Is our faith not the knowledge and belief that a fund was created to acquire the vehicle and that a similar fund can again be created for Capital One to honor my payment? 3) Is not my credit a duly authorized wet ink signature attached to a promise to pay? Is two hundred thousand dollars not a handsome enough payment to offset any account balance?

4. Was the vehicle not purchased from Mazda of Elk Grove making Mazda of Elk Grove the original creditor and Capital One a third party per Title 15 of the United States Code?

Should Capital One chooses not to accept this payment then Capital One will respond to our request for more information in good faith, with regard for the class of man, without prejudice and with clean hands.

We do hereby accept and hold you to your obligation to act with good faith and clean hands in responding to our entire request for more information coming from the office of man if payment is indeed rejected and returned.

Should Capital One (1) choose not to accept payment or (2) does not return payment or (3) does not honor request for additional information or (4) fails to respond to this letter whatsoever or any combination thereof by deadline of 14 calendar days from the day received will constitute an agreement to a false claim.

5. Sacrifice is indeed a measure of credibility. Can Capital One provide an accounting, ledger or statement that shows that they have invested or sacrificed any of their own money or funds in the opening of this account and/ or demonstrate that they will be damaged if the account is not repaid?

6. If payment provide in this correspondence is not accepted is Capital One not obligated to return said payment with all good faith requests for more information answered to the best of one's ability and knowledge?

7. If we offer to return the car will Capital One return our security?

8. Is Capital One still in possession of the original contract signed in the first person with our original wet ink signature? If so can Capital One return this original contact with flesh and hlood ink signature and the life that we have breathed into it?

9. Would Capital One's hands be unclean if they were to have done anything whatsoever to such an instrument (original contract) without the duly authorized express written permission of Channon Woodrow Rector Estate?

10. If Capital One is not in possession of that original contract does that not make Capital One's demand for payment from the office of man illegitimate, in bad faith or with unclean hands or in any way reduce the standing of Capital One?

11. Is Capital One not the beneficiary?

12. If Capital One claims to be a fiduciary is Capital One not in breach of Fiduciary Duty per Title 42 of the United States Code as well as the Fair Credit Reporting Act seeing as though Channon Woodrow Rector Estate is being administered despite our role as General Executor of said estate and without knowledge of other administrative actions taken by Capital One?

13. Is a not a true bill the only method of demanding a payment from a person who is not a man or woman?

14. Is Capital One not threatening the Channon Woodrow Rector Estate with defective and simulation of process should we not pay with regard to all of the payment conditions as demanded?

15. Is failure to return payment a tacit acceptance of payment providing Capital One with the obligation to report the account as paid?

16. How indeed this was alleged debt sold or incurred? Capital One shall provide copies of those details.

17. Is Pacific Pioneer Insurance not obligated to accept payment if they cannot lawfully and in good faith refuse the acceptance of said offer and/or provide the information requested?

Channon Woodrow of the Clan Rector, Sui Juris

Trustee of an Express Trust

# INSTRUCTION FORM

## CONTACT INFORMATION

Name: Thomas-Luanrave of the Clan Peake

Mailing Address: Five Six Two Two Fri Meadow Lun Elk Grove California

E-mail Address:

Phone Number(s):

## ABOUT YOUR WORK

Is this order on behalf
of someone else?     Yes          No

If so, who?

Work requested: An Administrative Process

*(Is it a protest? A presentment? An administrative process?)*

## RESPONDENT INFORMATION

Send documents to
Name: TOAN NGUYEN

Address:

**THE UPS STORE**
**4801 LAGUNA BLVD.**
**SUITE 105**
**ELK GROVE, CA 95758**
**916-399-4200**

*Additional*
*Respondents?*
Put names and
addresses in these
boxes:

## ADDITIONAL INSTRUCTIONS OR INFORMATION?

Type it here, please:

We would like to send out deepest appreciation for helping us to access our credit and acquire a new car holding while holding the office of man. However we do not understand what seems to be a desire to be paid twice. The Channon Woodrow Rector Estate understands this to be known as double billing. Such a claim requires lawful and definitive proof, naturally and in good faith does it not?

1) Was not the instrument duly endorsed by the man called Channon at the dealership called Mazda of Elk Grove indeed the promise to pay that created the fund necessary for the man Channon to leave from that dealership with the car?

Indeed, we would seek to resolve this matter and provide payment (That which is given to execute what has been promised (Bouvier's Law Dictionary constitution.org)) to Capital One utilizing our good faith and credit. 2) Is our faith not the knowledge and belief that a fund was created to acquire the vehicle and that a similar fund can again be created for Capital One to honor my payment? 3) Is not my credit a duly authorized wet ink signature attached to a promise to pay? Is two hundred thousand dollars not a handsome enough payment to offset any account balance?

4. Was the vehicle not purchased from Mazda of Elk Grove making Mazda of Elk Grove the original creditor and Capital One a third party per Title 15 of the United States Code?

Should Capital One chooses not to accept this payment then Capital One will respond to our request for more information in good faith, with regard for the class of man, without prejudice and with clean hands.

We do hereby accept and hold you to your obligation to act with good faith and clean hands in responding to our entire request for more information coming from the office of man if payment is indeed rejected and returned.

Should Capital One (1) choose not to accept payment or (2) does not return payment or (3) does not honor request for additional information or (4) fails to respond to this letter whatsoever or any combination thereof by deadline of 14 calendar days from the day received will constitute an agreement to a false claim.

5. Sacrifice is indeed a measure of credibility. Can Capital One provide an accounting, ledger or statement that shows that they have invested or sacrificed any of their own money or funds in the opening of this account and/ or demonstrate that they will be damaged if the account is not repaid?

6. If payment provide in this correspondence is not accepted is Capital One not obligated to return said payment with all good faith requests for more information answered to the best of one's ability and knowledge?

7. If we offer to return the car will Capital One return our security?

8. Is Capital One still in possession of the original contract signed in the first person with our original wet ink signature? If so can Capital One return this original contact with flesh and blood ink signature and the life that we have breathed into it?

9. Would Capital One's hands be unclean if they were to have done anything whatsoever to such an instrument (original contract) without the duly authorized express written permission of Channon Woodrow Rector Estate?

10. If Capital One is not in possession of that original contract does that not make Capital One's demand for payment from the office of man illegitimate, in bad faith or with unclean hands or in any way reduce the standing of Capital One with regard to their deman?

11. Is Capital One not the beneficiary?

12. If Capital One claims to be a fiduciary is Capital One not in breach of Fiduciary Duty per Title 42 of the United States Code as well as the Fair Credit Reporting Act seeing as though Channon Woodrow Rector Estate is being administered despite our role as General Executor of said estate and without knowledge of other administrative actions taken by Capital One?

13. Is a not a true bill the only method of demanding a payment from a person who is not a man or woman?

14. Is Capital One not threatening the Channon Woodrow Rector Estate with defective and simulation of process should we not pay with regard to all of the payment conditions as demanded?

15. Is failure to return payment a tacit acceptance of payment creating an obligation to Capital One to report the account as paid?

16. How indeed this was alleged debt sold or incurred? Capital One shall provide copies of those details.

17. Is Capital One not obligated to accept payment if they cannot lawfully and in good faith refuse the acceptance of said offer and/or provide the information requested?

18. Did I not fund the so-called loan?

19. Is the promissory that created the fund an actual security, traded on the open market?

20. When I gave the note did Capital One crate a demand deposit account in my name in your institution?

21. Can we use that asset to offset my debt with you?

Channon Woodrow of the Clan Rector, Sui Juris

Trustee of an Express Trust



**Capital One**
**Auto Finance**

## Important Messages Regarding Your Account:

**Great News!**

In our continuing effort to provide you with world-class service, we have made your most requested services available by automated phone attendant

The following information can be obtained 24 hours a day, 7 days a week by calling 1-800-946-0332:

- Schedule a One Time or Recurring Payment
- Get Account Balance or Payoff quotes

For even more self service options, log on to www.capitalone.com/autoloans/login

## Account Summary

| | |
|---|---|
| **Account Number** | 6746571 |
| **Statement Date** | 11/19/2013 |
| **Payment Due Date** | 12/07/2013 |
| **Past Due Amount** | $0.00 |
| **Current Amount Due** | $316.03 |
| **Late Fees** | $0.00 |
| **Other Fees** | $0.00 |
| **Total Amount Due** | $316.03 |
| **Account Balance\*** | $20,586.28 |

\* Your Account Balance contains all account activity to the time this statement was generated. Any account activity that has occurred since this statement is not reflected in the Account Balance above. In order to obtain an exact payoff amount and instructions for payoff, please call toll free at 1-800-946-0332.

Please write your account number on your check or money order. Make your checks payable to Capital One Auto Finance and mail it in the enclosed envelope.

**Send Payments and Payoffs To:**
Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

**Send Inquiries To:**
Capital One Auto Finance
PO Box 260848
Plano, TX 75026-0848

If you have questions about your account, please call Customer Service at 1-800-946-0332, Monday through Friday, from 8:00 A.M. to 9:00 P.M. Eastern Time, and provide your account number, shown at the top of this statement. We may monitor and record all contacts with you to assure quality service.

See important disclosures on reverse side

▼ PLEASE RETURN PORTION BELOW WITH PAYMENT. ▼

**Capital One**
**Auto Finance**

| | |
|---|---|
| Account Number | 6746571 |
| Amount Due | $316.03 |
| Please Pay By | 12/07/2013 |

Total Enclosed $ 

☐ Check here if you have updated your address on back.

☐ YES! Enroll me in DirectPay and automatically withdraw my future monthly payments from my checking account. I've enclosed a personal check for this month's payment.

I have read the Capital One Auto Finance DirectPay agreement on the reverse side and, upon approval, agree to be bound as specified therein.

X _Approved_ _____
Signature          Date

CHANNON W RECTOR
9622 IRIS MEADOW WAY
ELK GROVE CA 95757-3229

37277
T201

CAPITAL ONE AUTO FINANCE
PO BOX 60511
CITY OF INDUSTRY, CA 91716-0511

620621080067465711001000316030003160 32

## PROOF OF SERVICE

**STATE OF CALIFORNIA**

**COUNTY OF SACRAMENTO**

I am employed in the aforesaid county, State of California, I am over the age of 18 years and not a party to the action; my address is 801 F ST. SACRAMENTO, California 95605.

On December 2, 2013, I served **"Letter and Payment"** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage, addressed as:

Capital One Auto Finance

PO Box 260848 Plano, Tx

Capital One Auto Finance

PO Box 60511 City of Industry, CA

**(BY MAIL)**

I deposited such envelope in the mail at SACRAMENTO, California envelope was mailed with postage thereon fully prepaid.

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with the United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid in Sacramento, California, in the ordinary course of such business.

**(STATE)**         I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 2, 2013, at Sacramento, California.


_Joseph R. Placencia_
_____
Joseph R. Placentia


**PROOF OF SERVICE**

# EXHIBIT C

True and Correct Original from Principal's record

Notice of Dishonor of Affidavit and Opportunity to Cure

1.  We reserve our rights, **Ius Non Res** as the Universal Right not to be treated as a thing as derived from Ius Naturale Non Res

2.  We are confident to state the facts, we are the age of majority and we have firsthand knowledge of the facts.

3.  We did receive the correspondence from Capital One dated [December 13, 2013].

4.  Should we not be able to provide certified funds, what is the best way to settle and close the matter?

5.  We thank Capital One for responding to the presentment however, we have no evidence and none has been received that the following facts are not true.

    1)  Capital One, as an operation of law by dishonor of **Affidavit** has created a fault. (affidavit is included in this correspondence).

    2)  By rule of law the performance of this account has been completed, settled and closed.

    3)  Capital One agrees that they have made a false claim but will enforce their false claim by credit reporting, letter sending and making telephone calls.

    4)  We did in good faith request upon Capital One the enforcer of this account/ trust for more information regarding the administration of the account and none has been received.

    5)  Capital One is in fact an executor de son tort meddling and administrating Channon Woodrow Rector Estate with unclean hands and bad faith benefiting only Capital One.

    6)  Capital One has refused to process the so called "electronic funds request".

True and Correct Original from Principal's record

7) Capital One has not produced evidence as to why they cannot process the "electronic funds request".

8) Capital One did not provide a description, definition or example of "certified funds" for the purposes of disclosure?

9) The original wet ink signature security is no longer in the possession of Capital One hence the fact regard its unclean hands.

10) We did in fact fund this so called- loan.

11) The promissory note is in fact a security traded on the open market

12) Velle es Posse, we can indeed lawfully use that asset to offset the debt with you.

6. This notice is an opportunity to cure the dishonor of affidavit requesting additional information on the alleged debt served upon Capital One via certified mail by Joseph R. Placencia on the second day of December two thousand and thirteen.

7. Should no response be made by Capital One by deadline of 10 calendar days from the day received thusly will constitute an agreement to a false claim.

6.1 The Channon Woodrow Rector Estate will have no choice but to close the matter with administrative process.

## Certificate of Acknowledgement

State of California)

County of Sacramento)

I, _Sabrina Valdez_ a notary public, do certify that I

carefully compared the attached copy of Notice of Dishonor of Affidavit and Opportunity to

Cure with the original. It is an annexed, complete and true copy of the original document.

On _12/27/13_ before me, _Sabrina Valdez (Notary Public)_, personally

appeared _Channon Woodrow Pecter_, who proved to me on the basis of satisfactory

evidence to be the person whose name is subscribed to the within instrument and acknowledged

to me that he executed the same in his authorized capacity, and that by his signature on the

instrument the person, or the entity upon behalf of which the person acted, executed the

instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the

foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

SABRINA VALDEZ
COMM. # 1998269
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES NOV. 16, 2016

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**

**COUNTY OF SACRAMENTO**

I am employed in the aforesaid county, State of California, I am over the age of 18 years and not a party to the action; my address is 801 F ST. SACRAMENTO, California 95605.

On December 27, 2013, I served the respondent's copy of an extract from the principals records **"Notice of Dishonor of Affidavit and Opportunity to Cure"** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage, addressed as:

CAPTITAL ONE

3905 North Dallas Parkway

Plano, TX 75093

**(BY MAIL)**

I deposited such envelope in the mail at SACRAMENTO, California envelope was mailed with postage thereon fully prepaid.

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with the United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid in Sacramento, California, in the ordinary course of such business.

**(STATE)**     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 27, 2013, at Sacramento, California.

Joseph R. Placencia
_____
Joseph R: Placentia

**PROOF OF SERVICE**

# EXHIBIT D

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public mailed to:

**Capital One Auto Finance**

PO Box 260848 Plano Texas hereinafter, "Recipient," the documents and sundry papers pertaining to a certain Account No.6746571 regarding the Channon Woodrow Rector Estate as follows:

1. **Notice of Default (Described as: Respondent's copy and extract from principal's records on pink paper)**

issued by the Channon Woodrow Rector Estate;

2. **Request for Debt Validation (Described as: Respondent's copy and extract from principal's records on pink paper)**

issued by the Channon Woodrow Rector Estate on the 14th Day of January CE 2014.

### Notary's Certificate of Service

by Certified Mail No. 7012 3460 0002 9520 6185 by placing same in a post paid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

*Channon Woodrow Rector*

Sui Juris

State of California
County of Sacramento

Subscribed and sworn to (or affirmed) before me on this 14 day of JAN , 2014, by CHANNON RECTOR personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)                    Signature

TOAN NGUYEN
COMM. # 2023673
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES JUNE 4, 2017

True and Correct Original form Principal's Records

Channon Woodrow of the Clan Rector

Nine Six Two Two Iris Meadow Way,

Elk Grove, California

[Capital One Auto Finance]

PO Box 260848 Plano Texas

Account Number: 6746571]

To Whom It May Concern,

We are competent to state the facts. We are the age of majority and we have firsthand knowledge of the facts.

A legal "person" was created without consent from an agent of the estate pursuant to Title 15 USC 1 – 7 evidenced by the creation of the "Account Number ".

Capital One Auto Finance is an executor de son tort and a collection agency or a "debt collector" as the term is defined by 15 U.S.C. §§ 1692a(6). They are attempting to collect a debt already paid or not currently owed to Mazda of Elk Grove.

This letter is being sent to you in response to your failure to provide additional information and to failure to rebut an affidavit sent December 27 CE 2013 this resulting in agreement that the claim of debt made by Capital One is false.

Be advised this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act 15 USC 1692g Sec. 809 (b) that your claim is disputed and validation is requested. This is not a request for "verification" or proof of mailing address, but a request for VALIDATION made pursuant the above named title and section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

True and Correct Original form Principal's Records

I humbly request this Debt Collection Agency to provide me with the following information in order to validate this debt:

Agreement with your client that authorizes you to collect this alleged debt.

Agreement with your client that authorizes you to collect make any changes to the amount owed.

Agreement that bears wet ink signature of the alleged debtor wherein he promises to pay the creditor.

Complete payment history on this account so as to prove that the debt amount your wish to collect is correct.

Show me the details and calculations of how you calculated the amount.

Provide me with letters or proof that I agreed to pay what you say I owe.

Provide me with verification or judgment of any debts owed.

Identify to me the Original Creditor from whom I made the purchase.

Provide that the statute of limitations has not expired on this debt.

Show me that you are licensed to collect this debt in my state.

Show me your Debt Collection Rights License Number.

Show me that you are authorized to collect this debt on behalf of the Original Creditor in law and commerce.

Give me a complete transaction and payment history from the Original Creditor.

Show me what the original was when the this Debt was assigned to your collection agency.**

Show me any fees and interest charges that have been added on to this debt.**

Show me how you determined and arrived at these fees.**

Give me a copy of the original signed loan or credit card application with the Original Creditor.

True and Correct Original form Principal's Records

** These debt validation requests are made pursuant to Fields v. Wilber Law Firm, USCA-02-C-0072, 7th Circuit Court September CE 2004.

At this time I will inform you have reported falsely validated information to one or more of the 3 major Credit Bureau's (Equifax, Experian, Transunion) this action constitutes fraud under both Federal and State Laws. Due to this fact, negative marks now on my credit report by your company has forced me to bring legal action against you for the following: Fair Credit Reporting Act, Fair Debt Collection Practices Act, and Defamation of Character.

If your office is not able to provide me with all the proper documentation as requested following in the following declaration and the above as stated material then you will have agreed that your claim is false and have thus caused injury and damages.

If any information is provided I will require 30 days to investigate this information and during such time all collection activity must cease and desist.

Also During this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult my legal counsel for suit. This included any listing any information to a credit reporting repository that could be inaccurate or invalidated or verifying the an account is accurate when in fact there is no provided evidence that it is.

If your offices fail to respond to this validation request within 10 days from the date of your receipt, all references to this account must be deleted and completely removed form my credit file and a copy of such deletion request chall be sent to me immediately.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment and I will have no choice but to file suit. All

True and Correct Original form Principal's Records

future communications with me MUST be done in writing and sent to the address noted in this

letter by USPS.

It would be advisable that you assure your records are in order before I am forced to take legal

action. This is an attempt to correct your records; any information obtained shall be used for that

purpose.

Best Regards,

Channon Woodrow of the Clan Rector, Sui Juris

# EXHIBIT E

True and Correct Original From Principal's Records

Channon Woodrow of the Clan Rector

Nine Six Two Two Iris Meadow Way,

Elk Grove, California

[Capital One Auto Finance

PO Box 260848 Plano Texas

Account Number: 6746571]


To Whom it May Concern,

We are competent to state the facts. We are the age of majority. We have firsthand knowledge of
the facts herein.

Capital One dishonored and thus defaulted on request for more information served December 2,
2013 and notice of fault affidavit by failing to rebut Claim and establish Liability of Affiant
through any of the enumerated proofs of claims within 10 days of its service via his agent. Said
affidavit form were served via USPS certified mail on December 2, 2013 and then on December
27, 2013 to the PO Box in Plano, TX. Affidavits to this day not rebutted point-by-point. Capital
One has created a fault, injury and damage to the Channon Woodrow Rector Estate with
defective process.

Best Regards,

Channon Woodrow of the Clan Rector, Sui Juris

Channon Woodrow of the Clan Rector

Nine Six Two Two Iris Meadow Way,

Elk Grove, California

[Capital One Auto Finance 7933 Preston Road,

PO Box 260848 Plano Texas 75024

Account Number: 6746571]


**AFFIDAVIT IN SUPPORT OF CONDITIONAL ACCEPTANCE UPON PROOF OF CLAIM**

To Whom It May Concern,

1. We are competent to state the facts. We are the age of majority and we have firsthand knowledge of the facts.

2. This letter is sent to you in best efforts to resolve, close, or settle this account and criminal threats via a letter correspondence received April 8, 2014.

3. I conditionally accept your "NOTICE OF DEFAULT AND RIGHT TO CURE" upon proof of claim that an agent from the Channon Woodrow Rector Estate gave any type of permission or consent to create the legal or statutory "person" know as "Account Number: 6746571" or "VIN JM1BL1UP3D1827374" that is being used to claim rights to repossession.

4. I conditionally accept your "NOTICE OF DEFULT AND RIGHT TO CURE" upon proof of claim that UCC 9-503 is not Maritime Law and having no bearing on land.

5. I conditionally accept your "NOTICE OF DEFULT AND RIGHT TO CURE" upon proof of claim that Channon Woodrow is and his property is subject to Maritime Law.

6.  I conditionally accept your "NOTICE OF DEFULT AND RIGHT TO CURE" upon proof of claim that Channon Woodrow is a "debtor" pursuant to UCC 9-503.

7.  I conditionally accept your "NOTICE OF DEFULT AND RIGHT TO CURE" upon proof of claim that CAPITAL ONE BANK is not under color of state law.

8.  I conditionally accept your "NOTICE OF DEFULT AND RIGHT TO CURE" upon proof of claim that is not Channon Woodrow had not contested the creation of that account.

9.  I conditionally accept your "NOTICE OF DEFULT AND RIGHT TO CURE" upon proof of claim that CAPITAL ONE BANK does not have a duty to fully disclose whether or not they may would be committing  a theft pursuant to 18 USC Section 656.

10. I conditionally accept your "NOTICE OF DEFULT AND RIGHT TO CURE" upon proof of claim that CAPITAL ONE BANK has not been summoned to court for a complaint regarding the creation of that account number and the repossession of private property.

11. I conditionally accept your "NOTICE OF DEFAULT AND RIGHT TO CURE" upon proof of claim that CAPITAL ONE BANK has a right to "repossess the collateral and obtain a repossession title" under the color of state law if the property is held in express trust or has been entrusted.

12. I conditionally accept your "NOTICE OF DEFAULT AND RIGHT TO CURE" upon proof of claim that property that property held in express trust can be "repossessed" under color of state law without (1) breaching the peace (2) Violating California Penal Code Section 484 (3) undermining or otherwise

circumventing the complaint filed by Channon Woodrow and the rights claimed in it.

13. I conditionally accept your "NOTICE OF DEFAULT AND RIGHT TO CURE" upon proof of claim that Channon Woodrow would not have the right to file a verified criminal complaint on individuals doing business as Capital One Bank for theft.

14. I conditionally accept your "NOTICE OF DEFAULT AND RIGHT TO CURE" upon proof of claim that Channon is lawfully in default pursuant color state law.

15. I conditionally accept your "NOTICE OF DEFULT AND RIGHT TO CURE" upon proof of claim that I am "CHANNON W RECTOR" in all capital letters.

16. I conditionally accept your "NOTICE OF DEFULT AND RIGHT TO CURE" upon proof of claim that it does not violate our **Ius Non Res** as the Universal Right not to be treated as a thing as derived from Ius Naturale Non Res

17. I conditionally accept your "NOTICE OF DEFAULT AND RIGHT TO CURE" upon proof of claim that that the document itself is not an attempt to undermine my rights to challenge the validity of this account and its "right to repossess" through lawful court process in order to treat Channon Woodrow and repossess entrusted property.

18. I conditionally accept your "NOTICE OF DEFAULT AND RIGHT TO CURE" upon proof of claim that individuals doing business as "CAPITAL ONE BANK" have attempted to cause emotional distress on behalf of a plaintiff in litigation

19. I conditionally accept your "NOTICE OF DEFAULT AND RIGHT TO CURE" upon proof of claims that CAPITAL ONE BANK did fail to provide additional

information and fail to rebut an affidavit sent December 27 CE 2013, continued

harassment. This resulting in agreement that Capital One has failed to provide a

legal obligation on behalf of Channon Woodrow of the Clan Rector. Capital One

Auto Finance is an executor de son tort and a collection agency or a "debt

collector" as the term is defined by 15 U.S.C. §§ 1692a(6). They are attempting to

collect a debt already paid or not currently owed to Mazda of Elk Grove.

20. I conditionally accept your "NOTICE OF DEFAULT AND RIGHT TO CURE"

upon proof of claim that CAPITAL ONE BANK USA is a holder pursuant to

California Commercial Code Section 1201.

Be advised this is not a refusal to pay, but also a notice of standing to file a verified criminal

complaint against individuals and agents doing business as CAPTIAL ONE BANK USA for

violation of California Penal Code.

**AFFIDAVIT OF SERVICE**

**STATE OF CALIFORNIA**

**COUNTY OF SACRAMENTO**

I am employed in the aforesaid county, State of California, I am over the age of 18 years and not a party to the action; my address is 801 F ST. SACRAMENTO, California 95605.

On April 9, 2014, I served **"NOTICE OF CLAIM OF LIED" and AFFIDAVIT IN SUPPORT OF CONIDTIONAL ACCEPTANCE UPON PROOF OF CLAIM** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage, addressed as:

Capital One Auto Finance

PO Box 60511 City of Industry, CA

**(BY MAIL)**

I deposited such envelope in the mail at SACRAMENTO, California envelope was mailed with postage thereon fully prepaid.
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with the United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid in Sacramento, California, in the ordinary course of such business.

**(STATE)**          I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 9, 2014, at Sacramento, California.

Joseph R. Placencia

_____
Joseph R: Placentia

**PROOF OF SERVICE**

# EXHIBIT F

EXHIBIT G

Channon W. Rector
Nine Six Two Two
Iris Meadow Way
Elk Grove, California

## THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF AMADOR

| | |
|---|---|
| CHANNON W. RECTOR | CASE NO: 14CV8735 |
| Plaintiff, | **Qualified Written Request** |
| V. | |
| CAPITAL ONE AUTO FINANCE AND DOES 1 through 18 Inclusive | |
| Defendant(s), | |

### QWR

1. This document is formally requesting documentation that would provide evidence of a

   legally binding obligation on behalf of Plaintiff pursuant to FDCPA and CA Civil Code

   1788. Request is in no way a bad faith means of circumventing the stay before Plaintiff

   may propound discovery as written requests can be made at any time.

   1.1 Plaintiff is a natural person and claims that the open arrangement for the

   acquisition of property was completed and closed October 23, 2013. Mazda of Elk

1

**QUALITIED WRITTEN REQUEST PUSUANT TO 15 USC 1681d**

Grove considers the agreement completed and closed. CAPITAL ONE is a third party claiming an interest.

1.2 Plaintiff alleges claims made by CAPITAL ONE AUTO FINANCE are false and an unlawful claim to personal property. Said claim arises from the fraudulent creation of account number: 6746571 for VIN: JM1BL1UP3D1827374. Plaintiff disputes the creation of said account number as fraud and theft. Reference item number 10 of complaint.

1.3 Defendant did not disclose their intent to create the statutory person and Plaintiff did not agree as to its creation.

1.4 Plaintiff cannot be made the "owner" of something he did not agree to create and he did not create himself.

1.5 Defendant mailed on March 5, 2014 a photocopy of a contract between Plaintiff and Mazda of Elk Grove. Similarly if one were to go to a gas station and to purchase gasoline with a photocopy of a twenty dollar bill the seller of such gas would not accept such a document as authentic were he would be legally or statutorily obligated to honor it.

1.6 Plaintiff does not accept photocopy contract as authentic. The original contract is necessary evidence for the enforcement of contracts where a party claims to seize property.

2

**QUALITIED WRITTEN REQUEST PUSUANT TO 15 USC 1681d**

1.7 Plaintiff alleges that original contract may have been altered or sold in violation of 15 U.S. Code § 78dd–1 - Prohibited foreign trade practices by issuers.

2. Such a serious and heinous accusation could simply be laid to rest by the production of the original contract with wet ink signatures from both buyer and seller.

3. Plaintiff request documentation, accounting, ledger or statement that provides evidence that Plaintiff is the owner of said account and agreed to be owner account.

4. Plaintiff would like for Defendant to produce the original wet ink application for credit.

5. Plaintiff requests any statutory claim in writing and signed by defendant as to how and why the interested party is lawfully entitled to seize personal property (item number 10).

4.1 Seller assigned interest to Defendant without recourse in lieu of any wrongdoing by defendant.

4.2 Photocopy of contract Defendant mailed March 5, 2014 identifies Mazda of Elk Grove as Seller and sometimes "we" or "us". At no point is Defendant identified at the onset of the agreement/ contract and is a third party to the completed agreement.

6. Plaintiff requests any statutory claim in writing and signed by defendant as to how and why they are not a third party pursuant to CA Civil Code 1788 and 1788.1.

3

7.  Plaintiff requests any documentation, accounting, ledger or statement that shows that defendant invested or sacrificed any of their own money or funds in the opening of this account and/or demonstrate that they will be damaged if the account is not repaid.

8.  Plaintiff requests a True Bill from Defendant for money owed.

9.  Plaintiff requests copies of documentation regarding the details of how this alleged debt was sold and incurred.

10. Plaintiff requests documentation, accounting, ledger or statement that provides evidence that Plaintiff did not fund or acknowledge funding the alleged loan.

11. Plaintiff requests documentation, accounting, ledger or statement that provides evidence that the account was statutorily reviewed and validated.


DATED: _Thirteenth Day of March Two Thousand Fourteen_

Respectfully submitted,

By: _____

Channon W. Rector, Sui Juris

4

**QUALITIED WRITTEN REQUEST PUSUANT TO 15 USC 1681d**

# EXHIBIT H

| Sacramento county | ) |
|---|---|
| | ) Asservation |
| California State | ) |
| | ) L.S. _____ {SEAL} |
| The united States of America | ) |

The Affiant, having attained the age of majority, competent to testify, a self-realized being, a free man upon the land, my yes be yes, my no be no, do herby solemnly state that the truths and facts herein are of firsthand personal knowledge, and true, correct, complete, certain, and not misleading, so help me God.

### AFFIDAVIT OF REVOCATION OF SIGNATURE FOR GOOD CAUSE

#### Introductory Certification

The Affiant having full first-hand knowledge of the facts stated herein, and making this Affidavit of His own free Will, does affirm that the facts stated herein are true, correct, certain, and complete to the best of His knowledge. Affiant further states:

#### Plain Statement of Facts

1. THAT, Affiant affixed His signature to documents on or about October 23 CE 2013, without knowledge that a fraud was being perpetrated upon Him.

2. THAT, Affiant was actually misled and coerced into signing the aforementioned documents, without knowledge of the fraud that was being perpetrated upon Him.

3. THAT, Affiant, aware of the fact that fraud vitiates all contracts, agreements and documents, believes the contract with CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE N.A., is void and nonexistent.

4. THAT, Affiant revokes all signatures for good cause, and "Without Recourse to Me" pursuant to UCC 3-501.

5. THAT, Affiant has, by this Affidavit, formally and timely removed the aforementioned signature(s) for all time and thereby removes any nexus, actual or presumed, that CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE N.A. may believe it has with Affiant by virtue of said signature(s) and or contract(s).

#### Verification

Any man or woman having first hand knowledge of all the facts asserted herein and having absolute power and authority to rebut this affidavit must rebut with the rebutting party's own signature and endorsement notarized, under the penalty of perjury and willing to testify, and executed as true, correct, and complete with positive proof attached. Absent positive proof any rebuttal shall be deemed null and void having no force or effect, thereby waiving any of CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE N.A.'s immunities or defenses.

Any rebuttal shall be mailed to the undersigned and the Notary address within ten (10) calendar days of CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE N.A.'s receipt of this affidavit. When a rebuttal is not received by both the Affiant and the Notary within 10 days this entire Affidavit and default provisions shall be deemed true and correct.

This Affidavit of Revocation of Signature for Good Cause is dated the _____ Day of the _____ Month in the Year of Two Thousand Fourteen [May 15 CE 2014].

_____ SEAL
Channon W. Rector, Sui Juris

Page 1 of 2

## Jurat

California State        )
Sacramento County   )   ss.

State of California
County of Sacramento

Subscribed and sworn to (or affiliated) before me on this 16th
day of _May_____, 20 14, by _Chad Mart V - Rector_____
personally known to me or proved to me on the basis of satisfactory
evidence to be the person(s) who appeared before me.

(Seal)        Signature _____

SABRINA VALDEZ
COMM. # 1998269
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
COMM. EXPIRES NOV. 16, 2016

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**

**COUNTY OF SACRAMENTO**

I am employed in the aforesaid county, State of California, I am over the age of 18 years and not a party to the action; my address is 9622 Iris Meadow Way, Elk Grove, California 95757.

On May, 16 2014 I served **AFFIDAVIT IN SUPPORT OF REVOATION OF SIGNATURE FOR GOOD CAUSE** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage, addressed as:

Attorney for Defendant, Doll Amir & Eley LLP
Hunter R. Eley, William H. Edmonson
1888 Century Park East, Suite 1850
Los Angeles, CA 90067

I deposited such envelope in the mail at SACRAMENTO, California envelope was mailed with postage thereon fully prepaid. I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with the United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid in Sacramento, California, in the ordinary course of such business.

**(STATE)**          I declare under penalty of perjury under the laws of the united States that the foregoing is true and correct.

Executed on May 16, 2014, at Sacramento, California.


Desmond C. Rector


**PROOF OF SERVICE**

# EXHIBIT I

**LAW° 553-CA-ARB-eps 7/13**

284

## RETAIL INSTALLMENT SALE CONTRACT - SIMPLE FINANCE CHARGE
### (WITH ARBITRATION PROVISION)

Dealer Number **53404**      Contract Number _____      R.O.S. Number **30085185**      Stock Number **3529Z**

| Buyer Name and Address | Co-Buyer Name and Address | Seller-Creditor (Name and Address) |
|---|---|---|
| **Buyer Name and Address**<br>**(Including County and Zip Code)**<br>CHANNON WOODROW RECTOR<br>9622 IRIS MEADOW WAY<br>ELK GROVE, CA 95757-3229<br>COUNTY: SACRAMENTO | **Co-Buyer Name and Address**<br>(Including County and Zip Code) | **Seller-Creditor (Name and Address)**<br>MAZDA OF ELK GROVE<br>8588 LAGUNA GROVE DRIVE<br>ELK GROVE, CA 95757<br>916/405 5075 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on all pages of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-in-Lending Disclosures below are part of this contract.

| New Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2013 | MAZDA<br>MAZDA 3 | 19 | JM1BL1UP3D1627374 | Personal, family or household unless<br>otherwise indicated below.<br>☐ business or commercial |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of<br>$ 2760.00 is |
|---|---|---|---|---|
| 3.39 % | $ 2219.37 (e) | $ 20534.79 | $ 22754.16 (e) | $ 25504.16 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | N/A | |
| One Payment of | N/A | |
| One Payment of | N/A | |
| 71 | 316.03 | Monthly beginning<br>12/07/2013 |
| N/A | N/A | |
| One final payment | 316.03 | 11/07/2019 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

Buyer Signs X _~signature~_

Co-Buyer Signs X _____

**Agreement to Arbitrate:** By signing below, you agree that, pursuant to the Arbitration Provision on page 7 of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X _~signature~_

Co-Buyer Signs X _____

JANDINO

ORIGINAL

Buyer Signs X _~signature~_      Co-Buyer Signs X _____

**ITEMIZATION OF THE AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1. **Total Cash Price**
   A. Cash Price of Motor Vehicle and Accessories — $ **19383.00** (A)
      1. Cash Price Vehicle — $ **19383.00**
      2. Cash Price Accessories — $ **N/A**
      3. Other (Nontaxable)
         Describe **N/A** — $ **N/A**
         Describe **N/A** — $ **N/A**
         Describe **N/A** — $ **N/A**
   B. Document Processing Charge (not a governmental fee) — $ **80.00** (B)
   C. Emissions Testing Charge (not a governmental fee) — $ **N/A** (C)
   D. (Optional) Theft Deterrent Device (to whom paid) **N/A** — $ **N/A** (D)
   E. (Optional) Theft Deterrent Device (to whom paid) **N/A** — $ **N/A** (E)
   F. (Optional) Theft Deterrent Device (to whom paid) **N/A** — $ **N/A** (F)
   G. (Optional) Surface Protection Product (to whom paid) **N/A** — $ **N/A** (G)
   H. (Optional) Surface Protection Product (to whom paid) **N/A** — $ **N/A** (H)
   I. EV Charging Station (to whom paid) **N/A** — $ **N/A** (I)
   J. Sales Tax (on taxable items in A through I) — $ **1557.04** (J)
   K. Electronic Vehicle Registration or Transfer Charge
      (not a governmental fee) (to whom paid) **EVR FEE** — $ **29.00** (K)
   L. (Optional) Service Contract (to whom paid) **Service Contract** — $ **2000.00** (L)
   M. (Optional) Service Contract (to whom paid) **N/A** — $ **N/A** (M)
   N. (Optional) Service Contract (to whom paid) **N/A** — $ **N/A** (N)
   O. (Optional) Service Contract (to whom paid) **N/A** — $ **N/A** (O)
   P. (Optional) Service Contract (to whom paid) **N/A** — $ **N/A** (P)
   Q. Prior Credit or Lease Balance paid by Seller to
      **N/A** (e) $ **N/A** (Q)
      (see downpayment and trade-in calculation)
   R. (Optional) Gap Contract (to whom paid) **N/A** — $ **N/A** (R)
   S. (Optional) Used Vehicle Contract Cancellation Option Agreement — $ **N/A** (S)
   T. Other (to whom paid) **N/A**
      For **N/A** — $ **N/A** (T)
   Total Cash Price (A through T) — $ **23049.04** (1)

2. **Amounts Paid to Public Officials**
   A. Vehicle License Fees **ESTIMATED** — $ **127.00** (A)
   B. Registration/Transfer/Titling Fees — $ **100.00** (B)
   C. California Tire Fees — $ **8.75** (C)
   D. Other **N/A** — $ **N/A** (D)
   Total Official Fees (A through D) — $ **235.75** (2)

3. **Amounts Paid to Insurance Companies**
   (Total premiums from Statement of Insurance column a + b) — $ **N/A** (3)

4. ☐ State Emissions Certification Fee or ☐ State Emissions Exemption Fee — $ **N/A** (4)

5. **Subtotal (1 through 4)** — $ **23284.79** (5)

6. **Total Downpayment**
   A. Agreed Trade-In Value  Yr _____ Make _____ — $ **N/A** (A)
      Model _____ Odom _____
      VIN _____
   B. Less Prior Credit or Lease Balance (e) — $ **N/A** (B)
   C. Net Trade-In (A less B) (indicate if a negative number) — $ **N/A** (C)
   D. Deferred Downpayment — $ **N/A** (D)
   E. Manufacturer's Rebate — $ **2250.00** (E)
   F. Other — $ **N/A** (F)
   G. Cash — $ **500.00** (G)
   Total Downpayment (C through G) — $ **2750.00** (6)
   (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1Q above)

7. Amount Financed (5 less 6) **JARDORIO** — $ **20534.79** (7)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before
_____ , Year _____ . SELLER'S INITIALS _____

---

**OPTIONAL GAP CONTRACT** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 1R of the itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term **N/A** Mos. **N/A**
Name of Gap Contract
Term **N/A** Mos. **N/A**
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X _____

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1L, 1M, 1N, 1O, and/ or 1P.

1L Company **Service Contract**
Term **72** Mos. or **100000** Miles
1M Company **N/A**
Term **N/A** Mos. or **N/A** Miles
1N Company **N/A**
Term **N/A** Mos. or _____ Miles
1O Company **N/A**
Term **N/A** Mos. or **N/A** Miles
1P Company **N/A**
Term **N/A** Mos. or **N/A** Miles
Buyer X _____

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: **N/A**
Amount $ **N/A** Finance Charge $ **N/A**
Total $ **N/A** Payable in
Installments of $ **N/A** , $ **N/A**
from this Loan is shown in Item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable:

---

Buyer Signs X _____   Co-Buyer Signs X _____

**ORIGINAL**

10/28/2013  02:14 pm
LAW 553-CA-ARB-eps 7/13 v1   Page 2 of 7

### Seller's Right to Cancel

a. Seller agrees to deliver the vehicle to you on the date this contract is signed by Seller and you. You understand that it may take a few days for Seller to verify your credit and assign the contract. You agree that if Seller is unable to assign the contract to any one of the financial institutions with whom Seller regularly does business under an assignment acceptable to Seller, Seller may cancel the contract.

b. Seller shall give you written notice (or in any other manner in which actual notice is given to you) within 10 days of the date this contract is signed if Seller elects to cancel. Upon receipt of such notice, you must immediately return the vehicle to Seller in the same condition as when sold, reasonable wear and tear excepted. Seller must give back to you all consideration received by Seller, including any trade-in vehicle.

c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

c. If you do not immediately return the vehicle, you shall be liable for all expenses incurred by Seller in taking the vehicle from you, including reasonable attorney's fees.

d. While the vehicle is in your possession, all terms of the contract, including those relating to use of the vehicle and insurance for the vehicle, shall be in full force and you shall assume all risk of loss or damage to the vehicle. You must pay all reasonable costs for repair of any damage to the vehicle until the vehicle is returned to Seller.

---

**Notice to buyer:** (1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.

Buyer Signature X _____   Co-Buyer Signature X _____

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**THERE IS NO COOLING-OFF PERIOD UNLESS YOU OBTAIN A CONTRACT CANCELLATION OPTION**

California law does not provide for a "cooling-off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. However, California law does require a seller to offer a two-day contract cancellation option on used vehicles with a purchase price of less than forty thousand dollars ($40,000), subject to certain statutory conditions. This contract cancellation option requirement does not apply to the sale of a recreational vehicle, a motorcycle, or an off-highway motor vehicle subject to identification under California law. See the vehicle contract cancellation option agreement for details.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ ALL PAGES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON PAGE 7, BEFORE SIGNING BELOW. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X _____   Date 10/23/2013   Co-Buyer Signature X _____   Date 10/23/2013

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other Owner Signature X _____   Address _____

GUARANTY: To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments, (2) give a full or partial release to any other Guarantor, (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.

Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X _____   Date 10/23/2013   Guarantor X _____   Date _____

Address _____   Address _____

Seller signs **MAZDA OF ELK GROVE**   Date 10/23/2013   By X _____   Title **MGR**

---

Seller assigns its interest in this contract to   **CAPITAL ONE FINANCE**   (Assignee) at (address)

under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse   ☒ Assigned without recourse   ☐ Assigned with limited recourse

Seller **MAZDA OF ELK GROVE**   By _____   Title _____

**ORIGINAL**

Buyer Signs X _____   Co-Buyer Signs X _____

d. We may take the vehicle from you. If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you at your expense. If you do not ~~ask for these items back, we may dispose of them as the~~ we may store them for you at your expense. If you do not ask for these items back, we may dispose of them as the law allows.

e. How you can get the vehicle back if we take it. If we repossess the vehicle, you may pay to get it back (redeem). You may redeem the vehicle by paying all you owe, or you may have the right to reinstate this contract and redeem the vehicle by paying past due payments and any late charges, providing proof of insurance, and/or taking other action to cure the default. We will provide you all notices required by law to tell you when and how much to pay and/or what action you must take to redeem the vehicle.

f. We will sell the vehicle if you do not get it back. If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate shown on page 1 of this contract, not to exceed the highest rate permitted by law, until you pay.

g. What we may do about optional insurance, maintenance, service, or other contracts. This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

ORIGINAL

4. WARRANTIES SELLER DISCLAIMS
If you do not get a written warranty, and the Seller does not enter into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
~~This provision does not affect any warranties covering the or of fitness for a particular purpose.~~
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. If the Seller has sold you a certified used vehicle, the warranty of merchantability is not disclaimed.

5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6. Servicing and Collection Contacts.
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. Applicable Law
Federal law and California law apply to this contract. If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

8. Warranties of Buyer. You promise you have given true and correct information in your application for credit, and you have no knowledge that will make that information untrue in the future. We have relied on the truth and accuracy of that information in entering into this contract. Upon request, you will provide us with documents and other information necessary to verify any item contained in your credit application.

You waive the provisions of Calif. Vehicle Code Section 1808.21 and authorize the California Department of Motor Vehicles to furnish your residence address to us.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Buyer Signs X _____   Co-Buyer Signs X _____

SELLER'S RIGHT TO CANCEL. If Buyer and Co-Buyer sign here, the provisions of the Seller's Right to Cancel section on page 6 giving the Seller the right to cancel if Seller is unable to assign this contract to a financial institution will apply.

X _____
Buyer

X _____
Co-Buyer

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
**WARNING:**
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER ONLY PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.

SIG X _____     X _____

Trade-In Payoff Agreement: Seller relied on information from you and/or the lienholder or lessor of your trade-in vehicle to arrive at the payoff amount shown in Item 6B of the Itemization of Amount Financed as the "Prior Credit or Lease Balance." You understand that the amount quoted is an estimate.

Seller agrees to pay the payoff amount shown in 6B to the lienholder or lessor of the trade-in vehicle, or its designee. If the actual payoff amount is more than the amount shown in 6B, you must pay the Seller the excess on demand. If the actual payoff amount is less than the amount shown in 6B, Seller will refund to you any overage Seller receives from your prior lienholder or lessor. Except as stated in the "NOTICE" on page 5 of this contract, any assignee of this contract will not be obligated to pay the Prior Credit or Lease Balance shown in 6B or any refund.

Buyer Signature X _____ **N/A** _____

Co-Buyer Signature X _____

## CREDIT DISABILITY INSURANCE NOTICE
### CLAIM PROCEDURE

If you become disabled, you must tell us right away. (You are advised to send this information to the same address to which you are normally required to send your payments, unless a different address or telephone number is given to you in writing by us as the location where we would like to be notified.) We will tell you where to get claim forms. You must send in the completed form to the insurance company as soon as possible and tell us as soon as you do.

If your disability insurance covers all of your missed payment(s), WE CANNOT TRY TO COLLECT WHAT YOU OWE OR FORECLOSE UPON OR REPOSSESS ANY COLLATERAL UNTIL THREE CALENDAR MONTHS AFTER your first missed payment is due or until the insurance company pays or rejects your claim, whichever comes first. We can, however, try to collect, foreclose, or repossess if you have any money due and owing us or are otherwise in default when your disability claim is made or if a senior mortgage or lien holder is foreclosing.

If the insurance company pays the claim within the three calendar months, we must accept the money as though you paid on time. If the insurance company rejects the claim within the three calendar months or accepts the claim within the three calendar months on a partial disability and pays less than for a total disability, you will have 35 days from the date that the rejection or the acceptance of the partial disability claim is sent to pay past due payments, or the difference between the past due payments and what the insurance company pays for the partial disability, plus late charges. You can contact us, and we will tell you how much you owe. After that time, we can take action to collect or foreclose or repossess any collateral you may have given.

If the insurance company accepts your claim but requires that you send in additional forms to remain eligible for continued payments, you should send in these completed additional forms no later than required. If you do not send in these forms on time, the insurance company may stop paying, and we will then be able to take action to collect or foreclose or repossess any collateral you may have given.

**ORIGINAL**

Buyer Signs X _____     Co-Buyer Signs X _____

---

### STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

#### Vehicle Insurance

| | | Term | Premium |
|---|---|---|---|
| | | Term | Premium |
| $ **N/A** | Ded. Comp., Fire & Theft | Mos. $ | **N/A** |
| $ **N/A** | Ded. Collision | Mos. $ | **N/A** |
| Bodily Injury | $ **N/A** Limits | Mos. $ | **N/A** |
| Property Damage | $ **N/A** Limits | Mos. $ | **N/A** |
| Medical | | Mos. $ | **N/A** |
| | | Mos. $ | **N/A** |
| Total Vehicle Insurance Premiums | | $ | **N/A** (a) |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____

Co-Buyer X _____

Seller X **MAZDA OF ELK GROVE**

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

#### Application for Optional Credit Insurance

☐ Credit Life:         ☐ Buyer   ☐ Co-Buyer   ☐ Both
☐ Credit Disability (Buyer Only)

| | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | Mos. | $ | **N/A** |
| Credit Disability | **N/A** Mos. | $ | **N/A** |
| Total Credit Insurance Premiums | | $ | **N/A** (b) |

Insurance Company Name
**N/A**
Home Office Address
**N/A**

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).

You want to buy the credit insurance.

| Date | X Buyer Signature | Age |
|---|---|---|
| Date | X Co-Buyer Signature | Age |

10/23/2013   02:14 pm
*LAW 553-CA-ARB-eps 7/13 v1*     Page 3 of 7

## OTHER IMPORTANT AGREEMENTS

**1.   FINANCE CHARGE AND PAYMENTS**

**a.   How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed. Seller - Creditor may receive part of the Finance Charge.

**b.   How we will apply payments.** We may apply each payment to the earned and unpaid part of the

**b.   How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose.

**c.   How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment, or at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d.   You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. As of the date of your payment, if the minimum finance charge is greater than the earned Finance Charge, you may be charged the difference; the minimum finance charge is as follows: (1) $25 if the original Amount Financed does not exceed $1,000, (2) $50 if the original Amount Financed is more than $1,000 but not more than $2,000, or (3) $75 if the original Amount Financed is more than $2,000.

**2.   YOUR OTHER PROMISES TO US**

**a.   If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

> **GAP LIABILITY NOTICE**
>
> In the event of theft or damage to your vehicle that results in a total loss, there may be a gap between the amount you owe under this contract and the proceeds of your insurance settlement and deductible. THIS CONTRACT PROVIDES THAT YOU ARE LIABLE FOR THE GAP AMOUNT. An optional gap contract (debt cancellation contract) for coverage of the gap amount may be offered for an additional charge.

**b.   Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c.   Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods installed on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract as the law allows. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d.   Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e.   What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3.   IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a.   You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

**b.   You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once, subject to any right the law gives you to reinstate this contract. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information on a credit application;
- You start a proceeding in bankruptcy or one is started against you or your property;
- The vehicle is lost, damaged or destroyed; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c.   You may have to pay collection costs.** You will pay our reasonable costs to collect what you owe, including attorney fees, court costs, collection agency fees, and fees paid for other reasonable collection efforts. You agree to pay a charge not to exceed $15 if any check you give to us is dishonored.   10/23/2013  02:14 pm

ORIGINAL

Buyer Signs X _____   Co-Buyer Signs X _____

*LAW 553-CA-ARB-eps 7/13 v1   Page 4 of 7*

**ARBITRATION PROVISION**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.

2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.

3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

4. YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

ORIGINAL

Buyer Signs X _____   Co-Buyer Signs X _____

**LAW** FORM NO. 553-CA-ARB-eps  (REV 2/13)  U S. PATENT NO. D460,782
©2013 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

10/23/2013   02:14 pm
LAW 553-CA-ARB-eps 7/13 v1   Page 7 of 7

# EXHIBIT J

# Capital One™
## Auto Finance

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332

# YOUR CREDIT BUREAU REVIEW REQUEST

CHANNON W RECTOR
9622 IRIS MEADOW WAY
ELK GROVE, CA 95757-3229

R101
6152

| Account Number: | 6746571 |
|---|---|

Dear CHANNON W RECTOR,

Thank you for contacting us regarding your credit bureau report for the account referenced above. We understand that the accuracy of your credit report is important and we want to ensure that we are providing complete and accurate information to the four major reporting agencies.

As indicated in your request, you are disputing some information on your credit bureau report. We have reviewed the details of your account and have determined that all information is being reported accurately. For this reason, no changes will be made to your credit bureau reports as a result of this request.

If you have further questions, you can reach our Customer Care Department at 1-800-946-0332, Monday through Friday, from 8:00 a.m. to 9:00 p.m. Eastern Time.

Sincerely,

Capital One Auto Finance
Credit Bureau Team

---

Capital One Auto Finance is a division of Capital One, National Association, and services the following Capital One affiliated company: Onyx Acceptance Corporation.

# EXHIBIT K

True and Correct Original

Channon W. Rector
Nine Six Two Two
Iris Meadow Way
Elk Grove, California

## THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF AMADOR

| | |
|---|---|
| CHANNON W. RECTOR | CASE NO: |
| Plaintiff, | **AT LAW  IN ADMIRALTY[1]AFFIDAVIT IN SUPPORT OF NOTICE OF FAULT AND DEFAULT; MEMORANDUM POINT AND AUTHORITIES** |
| V. | |
| CAPITAL ONE AUTO FINANCE AND DOES 1 through 18 Inclusive | |
| Defendant(s), | |

## AFFIDAVIT IN SUPPORT OF NOTICE OF FAULT AND DEFAULT

Declarant:
Channon Woodrow: Rector, Agent and Power of Attorney
CHANNON WOODROW: RECTOR ESTATE,
Care of: Nine Six Two Two, Iris Meadow Way
Elk Grove, California

---

[1] Article 7--UN Universal Declaration of Human Rights: All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this Declaration and against any incitement to such discrimination and Article 6. United Nations Universal Declaration of Human Rights (UDHR).-- Everyone has the right to recognition everywhere as a person before the law.    .

True and Correct Original

Respondents:

Counsel for Defendants
CAPITAL ONE AUTO FINANCE

Doll Amir Eley
Century Park East Suite 1850
Los Angeles, CA 90067

     Channon Woodrow: Rector is Agent and Power of Attorney, hereinafter "Agent/POA"
for the CHANNON WOODROW: RECTOR Estate which includes and is not limited to any and
all trusts associated with CHANNON WOODROW: RECTOR ESTATE, hereinafter "Trusts",
"Statutory Persons", or "Account number 6746571" Agent//POA has seen no evidence and no
evidence has been presented that the following facts are not true:

Fact 1:
     Agent/POA came in peace with good intent, amicability and without vexation as non-
employee, non-combatant in all matters regarding the "account number 6746571"; and

Fact 2:
     Respondents as listed in this Notice of Fault and Default were provided with most
recently a Revocation of Signature pursuant to UCC 3-501. Defendants Counsel then served an
"Objection to Plaintiff's 'Affidavit of Revocation of signature for good cause'" as a Notice of
Motion and Motion that was not filed according to PACER. Defendants have had time to and are
clearly incapable of providing an affidavit rebutting the claims made in the aforementioned
documents nor any of the following as an affidavit would be the only way to object to an
affidavit: PROMISSORY NOTE PAYMENT, REQUEST FOR ADDITIONAL
INFORMATION, AFFIDAVIT IN SUPPORT OF NOTICE OF FAULT AND OPPORTUNITY
TO CURE, AFFIDAVIT IN SUPPORT OF NOTICE OF DEFAULT, AFFIDAVIT IN
SUPPORT OF REQUEST FOR DEBT VALIDATION, AFFIDAVIT IN SUPPORT OF
CONIDTIONAL ACCEPTANCE UPON PROOF OF CLAIM, QUALIFIED WRITTEN
REQUEST PURUSANT TO 15 USC SECTIOSN 1681 AND 1692; and

Fact 3:
     Respondents' failure to rebut the aforementioned Affidavits point by point, in writing
with specificity under penalty of perjury by the tenth day of April CE 2014 is admission of the
facts stated herein. They now admits these facts are true, correct and that they are in violation of
Fiduciary Law, GAAP, FDCPA, TCPA, FCRA, CCP Section 1788, 1788.1, 1788.10 and UCC 9-
503.

True and Correct Original

**Fact 4:**

This is Notice of Respondents' Fault and Default regarding all Affidavits listed in Fact 2; and

**Fact 5:**

Memorandum, Points and Authorities in Support of this Affidavit of Notice of Fault and Default is annexed hereto as though stated in its entirety herein.

Agent/POA on behalf of the Grantor hereby declares under the laws of the United States of America Public Law 94-550, § 1(a), October 18, 1976, 90 Stat. 2534 [Title 28 USC §1746 (1)] under penalty of perjury that the foregoing is true and correct to the best of Agent/POA's knowledge.   Memorandum in Support of this Affidavit of Notice of Fault and Default is as follows:

Authorized Agent for the Channon Woodrow Rector Estate

Declarant
Channon Woodrow: Rector, Agent
Care of: Nine Six Two Two Iris Meadow Way
Elk Grove, California

*June 2 CE 2014*

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**

**COUNTY OF SACRAMENTO**

I am employed in the aforesaid county, State of California, I am over the age of 18 years and not a party to the action; my address is 9622 Iris Meadow Way, Elk Grove, California.

On June 2 CE 2014, I served the forgoing documents **AFFIDAVIT NOTICE OF FAULT AND DEFAULT** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage, addressed as:

DOLL AMIR ELEY LLP
COUNSEL FOR DEFENDANT
CAPITAL ONE AUTO FINACE
1888 CENTURY PARK EAST SUITE 1850
LOS ANGELES, CA 90067

**(BY MAIL)**

I deposited such envelope in the mail at Sacramento County, California envelope was mailed with postage thereon fully prepaid.

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with the United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid in Sacramento County, California, in the ordinary course of such business.

**(STATE)**

I declare under penalty of perjury under the laws of the State of UNITED STATES that the foregoing is true and correct.

Executed on June 2 CE 2014, at Elk California, California.

Desmond Rector
Desmond Rector

**PROOF OF SERVICE**

# EXHIBIT L

**Capital** One
**Auto Finance**

Capital One Auto Finance
7933 Preston Road
Plano, TX 75024
1-800-946-0332

CHANNON W RECTOR                     G101
9622 IRIS MEADOW WAY
ELK GROVE CA 95757-3229              608

| | | |
|---|---|---|
| Account | : | 6746571 |
| Collateral | : | 13/MAZDA/MAZDA3 |
| VIN | : | JM1BL1UP3D1827374 |
| Date of Contract | : | 10/23/13 |

### NOTICE OF DEFAULT AND RIGHT TO CURE

LAST DAY FOR PAYMENT     : 04/18/14
AMOUNT DUE NOW           : $331.83

This is notice that you have failed to comply with the terms and conditions of the above-referenced account by failing to make payments when they were due.

You may cure your default by paying the amount due and sending that payment to **Capital One Auto Finance** at PO Box 60511, City of Industry, CA 91716-0511 by 04/18/14. If you pay $331.83 by 04/18/14, you may continue with the terms and conditions of your contract as though you were not late. If you do not pay the amount due, we may exercise our rights under the law. These rights include, but are not limited to, the right to accelerate the debt, repossess the collateral and obtain a repossession title. They also include the right, in many instances, to hold you personally responsible for any difference between the amount the collateral brings at sale and the remaining balance.

If you are a Servicemember or are entering military service, you may be entitled to protection under the Servicemembers Civil Relief Act (SCRA). SCRA provides protection under installment contracts for the purchase of motor vehicles, in addition to other types of protections. If you believe that your account with us may be eligible for SCRA protection and would like to submit a request, or if you would like to check on the status of a pending request, please contact us at the number below.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

If you have any questions, please contact us at 1-800-946-0332, Monday through Friday, from 8:00 a.m. to 9:00 p.m. Eastern Time, or write to us at the above address. We look forward to resolving this matter and maintaining our relationship with you in the future.

Capital One Auto Finance

Capital One Auto Finance is a division of Capital One, National Association, and services the following Capital One affiliated company: Onyx Acceptance Corporation.

# EXHIBIT M

**Capital**One
**Auto Finance**

Capital One Auto Finance
3905 North Dallas Parkway
Plano, TX 75093
1-800-946-0332

# WELCOME TO CAPITAL ONE AUTO FINANCE

CHANNON W RECTOR
9622 IRIS MEADOW WA                    **UPGR**
ELK GROVE, CA 95757                     669

| | |
|---|---|
| Account Number: | 6746571 |
| Monthly Payment: | $316.03 |
| First Payment Due: | 12/7/13 |
| Term: | 72 months |

1-1

Dear Channon W Rector,

Welcome to Capital One Auto Finance, but more importantly congratulations on your new car. We're excited to have you as a customer and want to ensure we're offering world-class service that will earn your business for life.

We're always looking for ways to improve our service and make things easier for you, such as the following account management and payment options.

**Account Management**
The easiest way to manage your account is online, which provides you with round-the-clock access. It's free and it only takes moments to set up, just go to www.capitalone.com.

If you'd like to speak with a Customer Care Representative, feel free to call us at 1-800-946-0332, Monday through Friday, from 8:00 a.m. to 9:00 p.m. Eastern Time.

**Payment Options**
The most convenient way to make payments is by using your online account, like we mentioned above. It's fast, easy, and free.

If you'd like to make your monthly payments without going online, you can pay by Mail or by Phone (see details at right), or, if you'd like even more peace of mind about making your payments, schedule them with DirectPay. Find out more on the next page.

At Capital One Auto Finance, customer service is our utmost priority— and something we don't take lightly— so please let us know how we're doing in a brief online survey you'll soon receive regarding your experience at the dealership.

Sincerely,

The Customer Care Team

## 3 WAYS TO MAKE PAYMENTS



**ONLINE**
Open your online account at
www.capitalone.com.



**MAIL**
Capital One Auto Finance
P.O. Box 60511
City of Industry, CA 91716-0511

Your first statement will arrive shortly.



**PHONE**
Pay over the phone by calling
1-800-946-0332.
Fees may apply

---

Capital One Auto Finance is a division of Capital One, National Association, and services the following Capital One affiliated company: Onyx Acceptance Corporation.

## Accept

1. As We have returned from the dead, no office, nor officers possess any lawful rights or Our consent to continue as administrators on Our behalf. Therefore, whether they had acted through an office of custodian, protector, steward, keeper, guardian, attorney in fact or any other title We have hereby nullified and voided from the time We were mistakenly assumed to be lost, dead, abandoned, minor and incompetent; and

2. As for any assumed filial claims of the State over Us, let it be known to all that We hereby disavow the state having any filial rights over Us for the first time; We disavow for the second time; and We disavow the state has any filial rights over Us before the Divine Creator and all Heaven and Earth for the third and final time.

3. Let no man, woman, spirit or officer of a lesser society place themselves in grave dishonor of Divine Law, Natural Law and the Living Law upon denying the validity of these canons of law. Having been warned, any act in defiance of these laws shall have no effect and any spiritual invocation in opposition to the validity of these laws shall be immediately returned upon the maker. As it is written, so be it.

4. I believe the eternal, unchanging principles of Commercial Law include (but not necessarily limited to
   a. A workman is worthy of his or her hire.
   b. All are equal under the law.
   c. In Commerce truth is Sovereign.
   d. Truth is expressed in the form of an affidavit.
   e. An unrebutted affidavit stands as the truth in Commerce.
   f. An unrebutted affidavit becomes the judgment in Commerce.
   g. All matters must be expressed to be resolved.
   h. He who leaves the field of battle first loses by default.
   i. Sacrifice is the measure of credibility (if there is no willingness to sacrifice, there is no liability, responsibility, authority, or measure of conviction).
   j. A lien or claim can be satisfied only through rebuttal by affidavit, point-   for-point resolution by jury, or payment.

5. We did pray and confess as an act of true contrition our genuine remorse and penance for unresolved debts, liens or other financial encumbrances that previously prevented the full annulment of any records of events on your Roll(s) and Register(s) associated with Us and Our ancestral bloodline of children, parents, brothers, sisters, cousins, grandparents, great grandparents and great, great grandparents. As restitution, just as the Divine Creator has absolved Us and forgiven all our debts, We and Our immediate bloodline received Absolution and acceptance of Our payment in full through Our solemn remittance from the Treasury of One Heaven by Our sacred sacrifice and seal; and

6. Therefore, upon all debts and encumbrances concerning Us and our immediate bloodline being fully settled, with no possible legitimate claim or objection remaining, We demanded upon your fiduciary duties and oath of office that you did annul from the beginning any and all record of events and claims from your records against Us and all Our ancestral bloodline including but not limited to Our name, flesh, spirit; and

7. As We have given proper notice, you acknowledge that no further demands, debts or actions shall be issued against Us and any charges sent to Us by mistake will be duly returned to you for immediate discharge in accordance with the law.

8. Furthermore, We demanded any and all temporary testamentary trust, cestui que vie and/or derivative thereof formed upon such mistaken entries into the public record were immediately dissolved, including a TRUE BILL provided to Us within 10 (TEN) days.

[Ink Seal of Witness]          [Thumb Print of True Person]

To: CHIEF FINANIAL OFFICER STEPHEN S. CRAWFORD: CAPITAL ONE [SUITE 1400, 1680 Capital One Drive, MCLEAN, VA 22102]

## PROOF OF SERVICE

**STATE OF CALIFORNIA**

**COUNTY OF SACRAMENTO**

I am employed in the aforesaid county, State of California, I am over the age of 18 years and not a party to the action; my address is 801 F ST. SACRAMENTO, California 95605.

On November 6, 2013, 1 served **"Accept for Value"** on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage, addressed as:

CHIEF FINANIAL OFFICER STEPHEN S. CRAWFORD: CAPITAL ONE [SUITE 1400, 1680 Capital One Drive, MCLEAN, VA 22102]

FRANCHISE TAX BOARD OF CALIFORNIA [PO BOX 1328 RANCHO CORDOVA 95741]

Internal Revenue Service, IRS Technical Support Division C/o Treasury UCC Contract Trust [1500 Pennsylvania Avenue, NW Washington, DC 20220]

**(BY MAIL)**

I deposited such envelope in the mail at SACRAMENTO, California envelope was mailed with postage thereon fully prepaid.
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with the United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid in Sacramento, California, in the ordinary course of such business.

**(STATE)**          I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 8, 2013, at Sacramento, California.

Joseph R: Placentia

## PROOF OF SERVICE